UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.  21-CR-644-RDM |
| | : |
| ADAM MARK WEIBLING, | : |
| Defendant. | : |

**JOINT STATUS REPORT**

The United States of America, through undersigned counsel, and Defendant, by and through his attorney, Bruce H. Searby, Esquire (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1. On October 26, 2021, the defendant, Adam Mark Weibling was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in Capitol Building in violation of Title 18 U.S.C. § 40(e)(2)(D); and (Count Four) Parading, Demonstrating, or Picketing in a Capitol Building in violation of Title 18 U.S.C. § 40(e)(2)(G).   ECF 20.

2. The defendant has been out on bond since his May 25, 2021 arrest and remains compliant with conditions of release.

3. Since the Initial Appearance on June 3, 2021, the Court has ordered the exclusion of time from Speedy Trial calculations through January 7, 2022, collectively.   The Court has also ordered parties to file a joint status report on or before January 7, 2022.

4. Since November 23, 2021, the parties have discussed the facts of this case and pursuant to a protective order the government has provided discovery to the undersigned defense counsel via USAFx. Such discovery includes: (1) 2 new reports with 16 related exhibits of alleged wrongdoing by U.S. Capitol Police (USCP); (2) 40 additional digital exhibits related to previously produced USCP OPR reports; (3) detailed zone maps of the U.S. Capitol area for body-worn cameras (BWC); (4) BWC summary spreadsheet tracker version; (5) a timeline of January 6, 2021 events from USCP; (5) 162 Use of Force reports from USCP; (7) 64 audio recordings of Virginia State Police radio communications; (8) indexes for BWC files shared in earlier discovery productions; and (9) a specific BWC video with images of the defendant. The government has also provided a formal plea offer to the defendant.

5. Parties are agreed to a 30-day continuance of this matter and to excluding the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Parties believe this time will allow for further production and review of discovery and facilitate resolution of this case short of trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

\_\_\_\_/s/_____
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas   78045
956-754-9350
graciela.lindberg@usdoj.gov

        /s/_____
BRUCE H. SEARBY
1627 Connecticut Avenue, NW, Suite 4
Washington, DC 20009
202-849-2122
bsearby@searby.law