UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO.  21-CR-644-RDM |
| : | |
| ADAM MARK WEIBLING, : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, through undersigned counsel, and Defendant, by and through his attorney, Bruce H. Searby, Esquire (collectively, "the Parties"), respectfully submit this status report, as directed by the Court, and state as follows:

1. On October 26, 2021, the defendant, Adam Mark Weibling was charged by way of information with (Count One) Entering and Remaining in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(1); (Count Two) Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of Title 18 U.S.C. § 1752(a)(2); (Count Three) Disorderly Conduct in Capitol Building in violation of Title 18 U.S.C. § 40(e)(2)(D); and (Count Four) Parading, Demonstrating, or Picketing in a Capitol Building in violation of Title 18 U.S.C. § 40(e)(2)(G).  ECF 20.

2. The defendant has been out on bond since his May 25, 2021 arrest and remains compliant with conditions of release.

3. Since the Initial Appearance on June 3, 2021, the Court has ordered the exclusion of time from Speedy Trial calculations through July 1, 2022, collectively.  The Court has also ordered parties to file a joint status report on or before July 1, 2022.

4.       Since the last Joint Status Report, defense counsel has been advised that additional discovery has been produced (under Global Productions 16) to the defense Relativity workspace. Defense counsel has access to this defense Relativity workspace and parties remain complaint with issued protective order (ECF 11).

5.       On June 30, 2022, the parties reached a plea agreement and herein request an in-person plea hearing for July 14, 2022. Documents for this hearing have already been provided to the court. Assistant U.S. Attorney Lindberg will not be available to appear in person but will make arrangements for another Assistant U.S. Attorney to attend any scheduled hearing.

6.       Parties are agreed to a continuance of this matter until July 14, 2022 or until the scheduled change of plea hearing in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

  /s/
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A
Laredo, Texas   78045
956-754-9350
graciela.lindberg@usdoj.gov

  /s/
BRUCE H. SEARBY
1627 Connecticut Avenue, NW, Suite 4
Washington, DC 20009
202-849-2122
bsearby@searby.law

2