IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No.: 21-cr-644-RDM |
| vs. ) | |
| ) | |
| ADAM WEIBLING, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION TO CONTINUE

ADAM WEIBLING'S SENTENCING DATE

Defendant Adam Weibling ("Defendant"), by and through his undersigned counsel, hereby moves unopposed to continue his sentencing date to January 10, 2022, and in support states as follows:

1. In this case, Mr. Weibling has pleaded guilty to Count Four of the Information, charging your client with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G), carrying a maximum term of imprisonment of 6 months.

2. The current date for sentencing has been set for October 28, 2022 at 9 a.m. Mr. Weibling continues to be released on bond in this matter, and has remained in compliance with all of his conditions of release.

1

3. As a result of undersigned defense counsel's heavy overseas business travel, he was not expecting to be available for Mr. Weibling to have a Pre-Sentence Report interview with the U.S. Probation Office until the end of August 2022. Accordingly, defense counsel communicated with the U.S. Probation Office and the U.S. Attorney's Office soon after the guilty plea about setting over the sentencing date to ensure there was enough lead time between a PSR interview and the sentencing date. A new date in mid-December 2022 was then identified.

4. Subsequently, undersigned counsel for Mr. Weibling contracted COVID and was home ill and quarantining for a week. No PSR interview will be taking place this month as expected. After resuming work, defense counsel has needed adequate time to prepare Mr. Weibling for the interview, in which there are various mitigating issues to present.

5. Accordingly, undersigned counsel for Mr. Weibling has communicated once again with the U.S. Probation Office and the U.S. Attorney's Office about an additional continuance, so that the PSR interview can take place in a couple weeks instead of this week or next. The U.S. Attorney's Office has responded that it defers to the Court and to U.S. Probation. The U.S. Probation responded that it is fine with the second week of January 2023 for sentencing.

WHEREFORE, for the foregoing reasons, this Court should grant this Motion and vacate Defendant's sentencing date to January 10, 2023.

Dated this 23rd day of August, 2022        Respectfully submitted,

        /s/ Bruce H. Searby_____
        Bruce H. Searby (DC #1012382)
        SEARBY PLLC
        2000 P Street, NW, Suite 705
        Washington, D.C. 20036
        Tel: (202) 750-6106
        Fax: (202) 849-2122
        bsearby@searby.law

        COUNSEL FOR DEFENDANT
        ADAM WEIBLING

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August 2022, true and genuine copies of UNOPPOSED MOTION TO CONTINUE ADAM WEIBLING'S SENTENCING DATE were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

                                          Respectfully submitted,

                                          /s/ Bruce H. Searby
                                          Bruce H. Searby (DC #1012382)
                                          SEARBY PLLC
                                          2000 P Street, NW, Suite 705
                                          Washington, D.C. 20036
                                          Tel: (202) 750-6106
                                          bsearby@searby.law