UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-644 (RDM) |
| | : | |
| **ADAM WEIBLING,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS SENTENCING MEMORANDUM

The United States of America hereby moves this Court to vacate the October 17, 2022 deadline for government's sentencing memorandum and extend that deadline to either December 22, 2022 or to a later date.

On July 14, 2022, the Court requested a Presentence Investigation Report (PSR) from the probation office, set October deadlines for the government's and defendant's sentencing memoranda, and set defendant's sentencing for October 28, 2022.   On August 31, 2022, defendant filed an Unopposed Motion to Continue [his] Sentencing Date (ECF 37) based in part on scheduling issues in meeting with the probation office for his PSR.   The Court granted defendant's motion, rescheduling defendant's sentencing to January 10, 2023.

According to the probation office the delay in interviewing the defendant and the rescheduled sentencing date, would delay release of the defendant's draft PSR to December 6, 2022, with objections due on December 20, 2022, and a final report sent to the Court by January 3, 2023.   Given these dates, the undersigned assumed the government's sentencing memorandum was expected after a review of both the defendant's draft PSR and of any defense PSR objections, date after December 20, 2022.

Today, the undersigned communicated with defense counsel who intends to seek a

continuance of the defendant's January 10, 2023 sentencing to February 2023. and continuance of related sentencing memoranda deadlines.   The government is unopposed to this motion. Should the Court grant the defendant's second motion to continue his sentencing, the government requests that its sentencing memorandum deadline be set to a date after release of defendant's draft PSR and after defense PSR objections deadline.

For these reasons , the government moves this Court to vacate the October sentencing memoranda deadlines and further to direct the government to file its sentencing memorandum in this case by December 22, 2022 or a later date if defendant's sentencing hearing is reset to February 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  _____/s/_____
GRACIELA R. LINDBERG
Assistant United States Attorney
Texas Bar No. 00797963
11204 McPherson Road, Suite 100A,
Laredo, Texas 78041
956-721-4960
graciela.lindberg@usdoj.gov

**CERTIFICATE OF CONFERENCE AND SERVICE**

On October 19, 2022, defense counsel Bruce Searby was advised of this filing.  Mr. Searby is unopposed to this motion. A copy of the foregoing will be served on all parties listed on the Electronic Case Filing (ECF) System.

 /s/ *Graciela R. Lindberg*
Assistant United States Attorney