UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-644 |
| | : | |
| ADAM WEIBLING, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney, Brian Brady, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at (202) 834-1916 or by email at brian.brady@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Brian Brady
Brian Brady
Trial Attorney,
Department of Justice
D.C Bar #: 1674360
1301 New York Ave. N.W.,
Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov