# EXHIBIT A

April 2, 2023

The Honorable Randolph D. Moss
United States District Judge
United States District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Dear Judge Moss:

My name is Adam Weibling, I am the guilty party in this case.

There are many things I would like to express, but out of respect for the Court's time I will be brief.

As you know, I have pled guilty to the misdemeanor of parading and demonstrating in the Capitol building. The riots on January 6th were nothing but a stain on this country's legacy. To be honest, at first, I didn't want to see that.

Writing this letter over two years later, I've very grateful as I take stock of where I'm at in life despite the circumstances that have me before this court. My relationship with my wife is stronger than it's ever been. We're actively working towards having a family together and look forward to being parents. I have started a small business from home and am working hard to contribute to my family in this way. During this time, I have also made my faith a top priority becoming very involved with my church, joining multiple programs including their Men's ministry. Doing this has led me to develop new and strong relationships that are a great encouragement as I seek to live a life honoring to God and that I can be proud of.

Reflecting back, for the first week or so, I was in denial. I even took to Twitter as I was wont to do, to express and defend my position. As I discussed with family, friends, my wife and members of my community and church, they helped me realize that this was unequivocally and categorically the worst thing I had ever been involved in. Fairly early on, about a week or so after January 6th, and many months before I was arrested, I completely divorced myself from not only my online political discourse but also from the news and politics in general, which I had realized had become toxic for me. I had been pulled into a polarized world where people pushed fear, anger, and division, and it had led me to a place I never should have been.

Through a humbling journey of self-discovery, I came to realize that in my pride and foolishness I had not only participated in breaking the law, but also defended the indefensible after January 6th on Twitter. While my involvement was mostly limited to (as I saw it at the time) attempting to be a peacemaker in a traumatic and dangerous situation, even putting myself in harm's way in my attempt to curb violence, my rhetoric on Twitter did not match any of my well-intended actions that day. Of course, there is also my action of speaking into a microphone inside the

Capital, which was not only illegal but in hindsight very disrespectful to our government and our nation.

I am genuinely and completely without reservation able to say, I not only feel remorse due to my involvement for my country and people that were hurt on January 6th, but more importantly at the core of who I am, I am repulsed by and repentant of my involvement on that very dark day in our nation's history. I see repentance as the most important thing because it means I have turned away from not only my actions, but also from the decisions and environment that led to those actions. My faith has become very important to me as through this process I came to realize how ridiculous my personal pride and arrogance was, and how desperately I needed to be humbled. I can assure the Court that amid all that has transpired in my life during the years since January 6, 2021, I came to realize I deserve the consequences I now face. My life fell apart: I lost my job, my reputation, and my bank account as the legal fees piled up; I lost important relationships and much more. It's not those consequences themselves that have changed me, so much as the realization that they were warranted, even needed. I have indeed been humbled. I sinned not only against the government and people of this country, but also against my Lord and Savior Jesus Christ, who makes it clear through the Bible that Christians (those who follow Jesus Christ) are to be an example to others of being law abiding citizens.

For example, I often think of 1st Peter 2:13-16, which reads:

"Be subject for the Lord's sake to every human institution, whether it be to the emperor as supreme, or to governors as sent by him to punish those who do evil and to praise those who do good. For this is the will of God, that by doing good you should put to silence the ignorance of foolish people. Live as people who are free, not using your freedom as a cover-up for evil, but living as servants of God."

To me, this passage means that I need to live in a respectful and law-abiding manner, now and in the future.

As I now understand the significance of the events of January 6, I am blown away to realize that this is one of a small number of nations in the world where I still have rights. I know that in many countries I would simply be put to death for my involvement, no questions asked. I now see that the rule of law itself was at play on January 6, and we should all be grateful that we have a government that enforces law and order. I am grateful to the court and even to the prosecution.

Having read the prosecution's sentencing memo many times, each time it's painful and very difficult for me to read their characterizations of me. While I acknowledge my conduct and interactions with law enforcement from many years ago was full of mistakes, I've worked tirelessly to change my character becoming a man of self-control who is known for exhibiting kindness towards others. The difficulty reading this memo isn't limited to their characterizations of me in years past, but also of me on January 6th. My actions that day while both illegal and misguided, were motivated out of worry for others' safety and a desire to help diffuse a volatile and dangerous situation. Over the past eight hundred and twelve days, I have gone on a journey of self-reflection and repentance. I look forward to the future as a man who hopes to be an example to others as both a man of faith, and a law-abiding citizen.

Of course, my personal hope is that people will know that I am sincerely remorseful and as I discussed, more importantly repentant and that I am not the same man that I was. It's the truth.

I have been blessed with a truly great life, and while I cannot take back the past, I believe I have every reason and responsibility to make the best of the time I have left by making a positive impact on my family, and my community. I have started a small business from home, and I am concurrently looking for another job in the financial sector similar to my last one. My wife and I would like to have children and raise a family, and we have become very involved in our church. I have shared my involvement in January 6th, and while it shocked and upset many people, I felt it was necessary to be open and transparent with my guilt if I was going to truly take responsibility for my actions. I believe in large part due to the fact I am sincerely and humbly repentant, this has been very helpful in terms of people who have been supporting, encouraging, and exhorting me during this humbling and life changing experience. I have been attending counseling with the pastor of the church where I have been encouraged by him to use this experience to show others in our congregation and elsewhere how I have repented, taken responsibility, and learned from my poor choices on the 6th and all that has followed.

What's most important to me at this point is to express my remorse and my intention to do better. But I would like the Court to hear from me some details about my actions on January 6. Particularly, I offer the following:

- I travelled to DC with my wife to attend the rally at the Ellipse. Prior to the conclusion of the Ellipse event, I, my wife, and the group we were with left the Ellipse to head to another event which was scheduled to take place on Lot 8 of the Capitol grounds (across from the U.S. Supreme Court) at 2 pm. This later event was why I was down around the Northeast side of the Capitol complex grounds. The event was being cancelled around the time I noticed the disturbances at the building and my group went to look. After drawing closer to the building, I became worried about potential for danger to everyone present. At a certain point I decided to climb the steps, leaving behind my wife and friends. I then became involved in attempting to de-escalate the confrontations I was witnessing.

- There was a point on the outside of the Columbus Doors, when I helped a Caucasian officer looking hurt by chemical irritant and crushed against the building. The crowd was pressing forward like a tsunami, the officers were pinned behind their shields, and I yelled for people to move back and out of the way of this officer. One of the people shouting on the video was me, likely the first person to say, "let him out!". I believe those words at 18:56 of the amateur video are my voice.

- While I was trying to protect an officer, I was grabbed and pulled inside the Capitol Building at the Columbus doors. I continued to try to protect the officer for some time.

- When I parted with that officer, from what I could see it did not look like there was a good opportunity to leave the Capitol Building due to the crowd outside that was still pressing forward and flowing into the doorway. So, I turned and walked into the Rotunda. Soon after, I asked an African American female officer: "Can we leave?" and was told not yet because of

the crowd outside the doors but soon. I finally succeeded in leaving once officers cleared the Columbus doors.

- While in the Rotunda, I took the microphone and spoke to the crowd for about 30 seconds.

- While inside the Rotunda I also tried to stop a man engaged with a line of police officers, by trying to block his hand and otherwise interfere with his movement. While I was engaged in doing this I was also being pushed from behind.

- After leaving the Capitol Building, I tried to break up a fight between protestors. I tried to calm a man by being friendly, saying it's OK, it's over, and following him in case he might engage the other protestor again.

- There was another time before I was in the Capitol Building where I saw an African American officer's eyes start to roll back, and his legs start to shake, experiencing some kind of serious distress and collapse in front of me. I started shouting: "This officer here needs help! He's going to collapse!" The officer sagged, but I was able to get the attention of his fellow officers who carried him out of the crowd and away to safety. Later, I was able to identify a photo of this Officer, which led to his interview by my investigator about his moments of distress.

I truly wish all these officers well and thank them for their heroic service to our country. It's my sincere hope that my offense of conviction in this case will never be interpreted as having been an act of hostility to the police.

Thank you for reading my letter. May I say once more, I am very sorry.

Sincerely,

*Adam Weibling*
Adam Weibling