<pre>
 1                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                              Criminal Action
 4              Plaintiff,                    No. 1:21-cr-0644

 5         vs.                                Washington, DC
                                             April 12, 2023
 6    ADAM MARK WEIBLING,
                                              10:11 a.m.
 7              Defendant.
      _____/
 8

 9
                        TRANSCRIPT OF SENTENCING
10             BEFORE THE HONORABLE RANDOLPH D. MOSS
                     UNITED STATES DISTRICT JUDGE
11

12
      APPEARANCES:
13
      For the Government:    SHANAI WATSON
14                           BRIAN BRADY
                              DOJ-CRM
15                            950 Pennsylvania Avenue, NW
                              Washington, DC 20530
16

17    For the Defendant:     BRUCE SEARBY
                              Searby PLLC
18                            2000 P Street, NW, Suite 750
                              Washington, DC 20036
19

20

21

22

      Court Reporter:        JEFF HOOK
23                            Official Court Reporter
                              U.S. District & Bankruptcy Courts
24                            333 Constitution Avenue, NW
                              Room 4700-C
25                            Washington, DC 20001
</pre>

1         **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  This is criminal action 21-644, the

3    United States of America v. Adam Mark Weibling.  Would

4    counsel please approach the podium and state your name for

5    the record, starting with government counsel.

6              **MS. WATSON:**  Shanai Watson representing the United

7    States, along with my co-counsel Brian Brady.

8              **THE COURT:**  Good morning to both of you.

9              **MR. BRADY:**  Good morning, Your Honor.

10             **THE COURT:**  Good morning.

11             **MR. SEARBY:**  Good morning, Your Honor.  Bruce

12   Searby for defendant, Adam Weibling.  Thank you.

13             **THE COURT:**  Good morning to both of you.

14             **MS. LUSTIG:**  Good morning, Your Honor.  Crystal

15   Lustig from probation.

16             **THE COURT:**  Thank you for being here.  So we're

17   here this morning for the sentencing of the defendant, Adam

18   Mark Weibling, who's pleaded guilty to one count of

19   parading, demonstrating or picketing in a Capitol building

20   in violation of 40 U.S.C. section 5104(e)(2)(G).  I've

21   received and I've reviewed the presentence report and the

22   recommendation from the probation office; the sentencing

23   memoranda from the government and from the defense; the

24   various letters and other materials submitted by the

25   defense.  I understand that the defense may want to review

1  some of those materials today during the hearing, which is

2  fine.

3       But let me ask the parties, are there any other

4  materials that haven't been submitted to the Court thus far

5  that you would request that the Court consider today,

6  Ms. Watson?

7       **MS. WATSON:**  No, Your Honor.

8       **THE COURT:**  Mr. Searby?

9       **MR. SEARBY:**  No, Your Honor.

10      **THE COURT:**  So, Mr. Weibling, the sentencing today

11  is going to proceed through a number of steps.  Some of it

12  may seem a little technical to you, but it's important

13  before I render my decision that I make sure that I

14  understand whether there's agreement on all the relevant

15  background and facts and sentencing rules.  And if there's

16  disagreement, I need to know where that disagreement is and

17  I need to resolve those disagreements before I proceed to

18  sentencing.

19      And so the first step is going to be for me to

20  review with all of you the presentence report and the

21  recommendation from the probation office.  If there are any

22  disagreements regarding the facts, I'll have to resolve

23  those.  The second step is for me to hear from government

24  counsel, your counsel, you, if you'd like me to hear from

25  you, and anyone else you want me to hear from.  And as the

1   final step, I have to fashion a sentence which is just and

2   fair in light of the factors Congress has specified in a

3   statute, and that's 18 U.S.C. section 3553(a).  And as part

4   of that last step, I'll actually impose the sentence in the

5   case.

6            So let me start with the presentence report.  The

7   final presentence report and recommendation from the

8   probation office were filed with the Court on February 27th,

9   2023.

10            Ms. Watson, does the government have any objection

11   or disagreement with any of the factual materials set forth

12   in the presentence report?

13            **MS. WATSON:**  No, Your Honor.

14            **THE COURT:**  Mr. Searby?

15            **MR. SEARBY:**  Your Honor, we had a problem with the

16   way that some of the criminal history was characterized as

17   there being a conviction in a case --

18            **THE COURT:**  You need to be at a microphone just so

19   we can make sure that you're on the record.

20            **MR. SEARBY:**  Yes.

21            **THE COURT:**  You can take your mask off if you'd

22   like when you're speaking.

23            **MR. SEARBY:**  Thank you, Your Honor.  We

24   objected -- and it may make no difference whatsoever in the

25   end, but we objected to the characterization of a matter in

1    the criminal history as having been a conviction when it was

2    in fact dismissed.  It shows up in some paperwork as -- that

3    was filed by a district attorney as there having been a

4    conviction.  I don't want to have the hearing go off on

5    this, because I don't think that it matters in the end.

6                **THE COURT:**  Which one is it, which conviction?

7                **MR. SEARBY:**  So it was a --

8                **THE COURT:**  Or which paragraph?

9                **MR. SEARBY:**  For instance, in paragraphs 22 and

10   23, there is a note about a conviction -- convicted in case

11   number 15-60421.  In the end, the presentence report also

12   calculates there being no criminal history points.  And I

13   think in a different place it even says -- in paragraph 20,

14   adult criminal convictions, none.  So I just think that this

15   is a minor point where the district attorney's statement in

16   a pleading indicated that there had been a conviction when

17   in the end the case was dismissed.

18                So this does not change the criminal history.  It

19   does not obviously move the needle on the probation

20   officer's recommendation of straight probation.  So I just

21   wanted to --

22                **THE COURT:**  Well, let me ask Ms. Lustig, is there

23   any objection from probation if I were to direct that we

24   strike in paragraphs 22 and 23 what comes after the word

25   dismissed where it says:  "Convicted in case 15-60421"?

1      **MS. LUSTIG:**  Your Honor, so I explained the

2  rationale on the addendum for why we included the

3  information.  The information that is included in the report

4  is information that was taken from Mr. Weibling's NCIC

5  record and court documentation.  I've noted that in the

6  report, that that's where it was taken from.  We include

7  that, and I give the rationale for why we include it.

8      **THE COURT:**  So let me see here.  Well, the

9  probation office is clear, it says the defendant does not

10  have any criminal convictions.  So that's the way I will

11  treat it.  I think the probation report is clear in that

12  regard.

13      **MR. SEARBY:**  Thank you, Your Honor.

14      **THE COURT:**  Any other factual disagreement with

15  the PSR?

16      **MR. SEARBY:**  Not at this point, Your Honor.

17      **THE COURT:**  Well --

18      **MR. SEARBY:**  I'm sorry, what I should say is we

19  cleared up some matters during the draft presentence report

20  phase.

21      **THE COURT:**  So no objections with the current

22  version?

23      **MR. SEARBY:**  That's correct, Your Honor.

24      **THE COURT:**  And, Mr. Weibling, are you fully

25  satisfied with the assistance of your lawyer in this case?

1    You can just pull the microphone towards you.

2              **THE DEFENDANT:**  I am.

3              **THE COURT:**  Have you had enough time to confer

4    with your lawyer about the probation office's presentence

5    report?

6              **THE DEFENDANT:**  Yes, Your Honor.

7              **THE COURT:**  So I will then accept the statement of

8    facts as set forth in the presentence report and in the

9    addendum as my findings of fact for purposes of today's

10   sentencing.

11             Turning to the applicable sentencing factors,

12   because Mr. Weibling has pleaded guilty to a class B

13   misdemeanor, the guidelines don't apply in this case.  He's

14   pleaded guilty under section 5104(e)(2)(G) of Title 14 which

15   provides a maximum sentence of six months in prison, and up

16   to five years probation, up to a $5,000 fine and/or

17   restitution.  As you all know, the probation office has

18   recommended that I impose a sentence of 24 months probation

19   with a special condition of 60 days location monitoring/home

20   detention, a $2,500 fine, $500 in restitution, financial

21   disclosure and a firearms restriction during the term of

22   supervision.  And that recommendation is based purely on the

23   factual materials set forth in the presentence report.

24             I'm now required to consider the factors that

25   Congress has specified in that statute that I mentioned,

1   which is 18 U.S.C. section 3553(a).  And I have to impose a

2   sentence that is, quote, sufficient but not greater than

3   necessary to comply with the purposes of sentencing.  Those

4   purposes include the need for the sentence imposed to

5   reflect the seriousness of the offense, to promote respect

6   for the law and to provide just punishment for the offense.

7   The sentence should also afford adequate deterrence to

8   criminal conduct, to protect the public from future crimes

9   of the defendant, and promote rehabilitation.  In addition

10  to the guidelines and policy statements, I must consider the

11  nature and circumstances of the offense; the history and

12  characteristics of the defendant; the need for the sentence

13  imposed; the need to avoid unwarranted sentence disparities

14  among defendants with similar records who have been found

15  guilty of similar conduct; and the types of sentences

16  available.

17          Let me start with the government.  Ms. Watson,

18  would the government like to be heard with respect to the

19  3553(a) factors?

20          **MS. WATSON:**  Yes, Your Honor.

21          **THE COURT:**  Okay, you can come on up.  You can

22  take your mask off if you'd like, it's up to you.

23          **MS. WATSON:**  Thank you.  Your Honor, this is a

24  difficult case.  Looking at the actions and events on that

25  day, Mr. Weibling seems to have engaged in a Dr. Jekyll and

1      Mr. Hyde situation that has been difficult for the

2      government to figure out how to approach.  On the one hand,

3      you had someone who helped at least two officers fend off

4      violent assaults.  But on the other hand, you have the same

5      person engaging with and joining a mob that endangered those

6      officers in the first place.  And on top of that, puzzlingly

7      denied that there was any violence against officers at the

8      Capitol in social media after it happened.  So this is a

9      case in which there are both aggravating and mitigating

10     factors that have led the government to its decision.

11            First, we'd like to address the aggravating

12     factors.  Initially we'd like to point to the fact that

13     there were warning signs and chaos that should have

14     prevented Mr. Weibling from going up on the Capitol steps to

15     begin with.  There were officers in riot gear, about a

16     dozen, in the track two ProPublica video that the defense

17     submitted who were there pushing away people, various

18     rioters.  And at the same time, there were portions where

19     there was gas in the air, some sort of chemical irritant.

20     There was the chaos of just the sheer volume of people who

21     were already there pushing against the officers.  And with

22     this background, Mr. Weibling decided to leave his wife and

23     friends, who were there with him to protest, to go closer to

24     the Capitol building and go up those steps.  And even if you

25     believe the narrative that he was doing it -- he was joining

1    this chaotic, overwhelming mob pushing against officers to

2    help, it should have been clear that what the officers

3    needed the most at that time was for people to leave, not to

4    join the mob.

5         Second, Mr. Weibling was part of the initial

6    breach of that location of the Capitol building.  He was

7    part of the breach of the Rotunda doors during a time when

8    there were still congresspeople in the building.

9         **THE COURT:**  Do you agree with the defense that he

10   was pulled in?

11        **MS. WATSON:**  I think it's difficult to tell from

12   the videos.  From our perspective, it looked like he was

13   already in the building when he was being dragged in.  The

14   defense argued that he was at the threshold.  It's difficult

15   to tell, because of the sheer volume of people, which side

16   he was on.  But that seems a little bit irrelevant, because

17   it was very clear that he was at the front of the doors.

18   And there was a period in which he was waiting for the doors

19   to open.  The officer that he helped was on the other side

20   of the doors.

21        So it wasn't until the doors opened that he was

22   helping that officer, and he was still right up front.  So

23   he was trying to get in the building, it seems pretty clear

24   from the video, aside from the allegations that he was

25   helping other officers before that.  He was on the steps for

1    a sustained period of time, and there were about two

2    different instances in which the defense alleges that he was

3    helping officers.  So that accounts for -- if you're being

4    generous, maybe two minutes of the time that he was on the

5    steps.  And looking at the video that the defense submitted,

6    the ProPublica video, track two of Exhibit J, it says that

7    it started at around 2:23 p.m., and the doors opened at

8    around 2:38, which would mean he was on the stairs for about

9    15 minutes.

10           That 15-minute time period, if you believe that he

11   did help officers during that time, that would mean that

12   only about two minutes of 15 minutes are covered.  And it

13   seems also, based on the tweet that was sent out

14   beforehand -- the day before he decided to go to the

15   #StopTheSteal rally, and two days before they bought tickets

16   to go to D.C., he sent out a tweet saying that

17   congresspeople should be tarred and feathered.  He made it

18   very clear that he was upset about the results of the

19   election, he was mad at Congress.  I think he genuinely

20   wanted to get in the building to demonstrate.  Even though

21   he didn't engage in violence, I think it's pretty clear that

22   that was his purpose.

23           **THE COURT:**  Okay.

24           **MS. WATSON:**  And as part of -- being part of that

25   initial breach, the defendant was also part of the mob and

1    in the building at some of the most hectic and dangerous

2    times for congresspeople in the building.  That was during

3    the time when the Senate floor was breached, the House

4    chamber was breached.  There were SWAT members being

5    deployed within the building in order to evacuate House

6    members from their offices.  So it's not as if the presence

7    of Mr. Weibling and other nonviolent members of the mob

8    didn't make a difference, because police free forces had to

9    be divided during the time when people of Congress and their

10   staff members needed protection.  The government would

11   consider that an aggravating factor.

12           Next, the sheer length of time spent both on the

13   steps and in the building.  Even assuming that Mr. Weibling

14   was dragged into the building by the chokehold, he spent

15   almost half an hour inside.  Looking at the videos, part of

16   the explanation is that there was a huge crowd at the door

17   and he wasn't able to leave.  But the crowd never

18   dissipates.  Even when he leaves eventually, there is still

19   a crowd.  In the meantime, you can see over the course of

20   the video that was submitted for Exhibit 7 -- which is the

21   unedited version of -- or track seven which is the unedited

22   version of track four.  The part that was edited out of

23   track four, those last few minutes, shows dozens of people

24   streaming out of the Capitol during a time Mr. Weibling says

25   he was unable to leave.

1           So it doesn't seem credible that the entire time

2   is accounted for by a crowd, because the crowd doesn't stop

3   him from leaving eventually, and it doesn't stop the dozens

4   of people who left during the time while he was in the

5   Rotunda and in the hallway outside of the Rotunda.

6   Additionally, we would find aggravating the fact that while

7   he was in the Rotunda, he borrowed a GoPro amplifying device

8   and gave a one-minute speech protesting in the Capitol.  We

9   were unable to find the exact video with audio.  We do have

10  the -- in our sentencing memo, pictures from the video of

11  CCTV which does not have audio.  But it seems as if he was

12  protesting during this time when he had witnessed a lot of

13  the people who were in that Rotunda pushing, making their

14  way inside.  And he was protesting to them and talking about

15  issues when the most important thing would have been to

16  clear out to make sure that officers weren't getting hurt,

17  and that any congresspeople or staff people inside the

18  building could be safe.

19          And then, finally, it's the puzzling social media

20  which serves as the final aggravating factor.  After helping

21  at least two officers, and allegedly helping more get away

22  from violent assaults, later that same day Mr. Weibling went

23  on Twitter and tweeted about how there was no violence

24  against officers at the Capitol, calling the rioters brave

25  and saying that they were the ones who were actually being

1    attacked and in trouble.  And this aggravating factor, we

2    would just like to point out, is one that we take very

3    seriously.  Because people -- well, twofold.  One, it shows

4    a lack of remorse to deny a crime ever even happened.  And

5    two, the victims of crime, when they have their stories

6    denied, a lot of times they can get harassed, especially in

7    a situation like this where it was so public and there was

8    so much misinformation.

9            Someone who would have been in the best position

10   to say it was violent, people were attacking officers, I

11   personally had to save multiple officers from rioters who

12   had gotten out of control, someone who was in that position

13   went and said:  I was there, and that's not true, the media

14   is lying, these officers weren't hurt.  And officers end up

15   getting harassed by people who think that January 6th wasn't

16   violent, didn't happen and that there was nothing wrong with

17   the rioters' behavior.  So we just want to emphasize that

18   that last point is important.  Because not only does it show

19   the lack of remorse, but it also affects how the victims get

20   to deal with this tragedy afterwards, and the harassment

21   they could possibly face based on that misinformation.

22           THE COURT:  Okay, thank you.

23           MS. WATSON:  Thank you.

24           THE COURT:  Mr. Searby.

25           MR. SEARBY:  Thank you, Your Honor.  Before I get

1    started, I'd like to do a little bit of housekeeping around

2    the documents under seal, which is to say that the

3    government made clear after my sealing motion that they did

4    not object to the surveillance video being public in this --

5    the surveillance video that I had put under seal or asked to

6    be put under seal.

7          So at this point, I'd like to move to unseal those

8    exhibits, and also the screenshots that are in the brief

9    from the surveillance video.

10         **THE COURT:**  So is there any reason for your brief

11   to be sealed at all?

12         **MR. SEARBY:**  Yes, there is some remaining --

13         **THE COURT:**  Well, then you're going to have to

14   file a new brief then on the public docket.  I'll grant the

15   motion to unseal, but you're going to have to file a new

16   brief on the public docket that includes the unsealed

17   material.  I'll direct that you do that on or before the

18   17th, which is Monday.

19         **MR. SEARBY:**  Thank you, Your Honor.

20         **THE COURT:**  Also, can you tell me exactly which

21   exhibits you want to unseal?

22         **MR. SEARBY:**  Yes.  It would be Exhibit J, tracks

23   four, five, six and seven.  And then the -- also the

24   screenshots in the brief would become unredacted from those

25   particular tracks of the video.

1          **THE COURT:**  So I will order as well that

2     Exhibit J, tracks four, five, six and seven are unsealed.

3     And there's a process I know by which the U.S. Attorney's

4     Office can make those available to members of the public.

5     I'll just direct that the U.S. Attorney's Office do that as

6     well.

7          **MR. SEARBY:**  Thank you, Your Honor.

8          **THE COURT:**  Okay, thank you.

9          **MR. SEARBY:**  So getting to my main remarks.  Your

10    Honor, despite the tough words about Mr. Weibling himself

11    that we just heard, Adam wants to thank the Department of

12    Justice and its hard working prosecutors and FBI agents and

13    this Court as well for carrying this enormous load of

14    January 6th cases, for defending our democracy and the rule

15    of law that he cherishes.  I'd like to, first of all,

16    recognize that in the audience are Adam's wife of 15 years,

17    Brittany, as well as his parents, Dennis and Beth, who are

18    in from Seattle, Washington to support him.

19          **THE COURT:**  Well, thank you all for being here.  I

20    appreciate your making the trip.

21          **MR. SEARBY:**  So we agree with the U.S. Probation

22    Office's recommendation of no jail time, Your Honor.  We

23    respectfully request 12 months of probation and the $500

24    restitution to be the punishment.

25          **THE COURT:**  So that's not really agreeing with the

1    probation office, then, because the probation office has

2    recommended 24 months of probation and 60 days of home

3    detention.

4        **MR. SEARBY:**  And 60 days of --

5        **THE COURT:**  Of home detention.

6        **MR. SEARBY:**  Your Honor, I saw no custody --

7        **THE COURT:**  Home detention.

8        **MR. SEARBY:**  Oh, home detention, okay.  Well,

9    you're right, then, we definitely believe that no custody

10   whatsoever is necessary.  Not home detention, but certainly

11   not the jail time that the government's recommending.  So

12   nonetheless, I think what we would like to focus on here is

13   the -- that the punishment of course be sufficient, but not

14   greater than necessary.  We believe that a year of straight

15   probation and $500 in restitution is adequate.

16        I'd like to talk, first of all, about his personal

17   characteristics and history.  The letters that Your Honor

18   has seen reveal a man who goes out of his way for his

19   family.  You'll read about how -- for example, how closely

20   he cared for his wife Brittany's grandmother.  You'll read

21   about how he jumped on a plane to help his brother in

22   difficult circumstances.  You'll read in the redacted, under

23   seal portion about matters within his marriage that I think

24   counsel for this Court to not impose custody.  And you'll

25   read about a man who has built around him over the past

1    dozen or so years a safety net of supportive family, friends

2    and community who have helped catch him when he fell on

3    January 6th.

4          You'll finally read about, in the letters, a man

5    with a strong protective instinct about people, which you'll

6    see in the video that we'll go over, and which took him too

7    far in this case.  Because, of course, he should have left

8    protection to law enforcement, as he acknowledged.  But

9    you'll read about a man with a strong protective instinct

10    running through the course of his life, and certainly his

11    most recent adult years.

12          Now, after Mr. Weibling was charged, we

13    investigated.  We got discovery, we did our own

14    investigation.  And what we have, to sum it up, Your Honor,

15    is a man who is, relative to others, on the far end of the

16    continuum of January 6th wrongdoing.  Certainly he is in the

17    half of those defendants convicted of just parading and

18    demonstrating who did not get jail time.

19          So I think that what I'd like to do now is go over

20    the videos that we've submitted and that Your Honor has just

21    unsealed, the surveillance videos.  We have edited a lot of

22    the videos, and that editing allows you to follow Adam in

23    his brown coat through the crowd.  No red hat, no helmet, no

24    goggles, no bear spray, just a brown coat.  It allows us to

25    pause on the significant moments, replay them, replay them

1    in slow motion.  And I think that there is video to watch

2    here, because the government is still not conceding a lot of

3    facts that I think are pretty obvious after you look at the

4    video about Mr. Weibling's mitigating conduct on that day.

5         **THE COURT:**  Mr. Brady, can I ask you to turn the

6    screen there -- there's a big screen there, and I just want

7    to make sure the people in the audience can see if we're

8    showing any video.  Okay, thank you.

9         **MR. SEARBY:**  Of course, I'd like to start with

10   what our brief goes into, that Mr. Weibling did not start

11   off the time at the Capitol building being part of a mob.

12   He went there to be part of a permitted rally on the Supreme

13   Court side of the Capitol grounds.  It is only once the

14   insurrection frankly --

15        **THE COURT:**  When you say a permitted rally over

16   there, what's your basis for that?  There was no permit for

17   a rally, was there?

18        **MR. SEARBY:**  There was, Your Honor, and this has

19   been reported.  I actually have an exhibit of permits that

20   were issued for rallies on discrete areas not far from the

21   Capitol.  Mr. Weibling believed he was attending down there

22   a permitted rally, not going inside the Capitol building, as

23   Ms. Watson speculates.  And I think that Ms. Watson's words

24   are clear that that's what she thinks, that he was intending

25   to go inside the Capitol.  There's no evidence of that.  The

1    only evidence in the record is that he thought he was going

2    to participate in a permitted rally, not at the Capitol

3    building, not inside the Capitol building, but over there on

4    the Senate side by the Supreme Court area.  So that's why he

5    was down there.

6            He ultimately got involved in the action there,

7    and he got involved because he wanted to help diffuse the

8    situation.  We concede that was misguided, Your Honor.  He

9    should not have been trying to diffuse the situation.  He

10   should have stayed away and let the police do their thing

11   and I guess defend themselves from the rioters.  But the

12   truth is that that's why he was there.  He wasn't there to

13   break into the Capitol.

14           THE COURT:  Who was the sponsor of the permitted

15   rally?

16           MR. SEARBY:  Your Honor, if I could go back to

17   counsel table.

18           THE COURT:  Yeah, okay, thank you.

19           MR. SEARBY:  So, Your Honor, there are permits,

20   and it's unclear who some of these groups were.  Frankly, I

21   think the whole situation was a bit chaotic.  But there was

22   a permit for a group called One Nation Under God.  This is

23   on the Senate East Front bounded by Constitution Avenue and

24   First Street, NE.  Frankly, I'm not a hundred percent sure

25   that this is the rally that Mr. Weibling was trying to

1   attend.  But it is very clear in his own words that he

2   thought he was going to a permitted rally.

3         **THE COURT:**  Okay.

4         **MR. SEARBY:**  And that he was not there to break

5   into the Capitol building.

6         **THE COURT:**  Okay.

7         **MR. SEARBY:**  So I think that this is just how this

8   began, which is that Mr. Weibling's involvement was not

9   about breaking into the Capitol building, as Ms. Watson

10  speculates.  There is a statement about tarring and

11  feathering that she referred to that prior counsel dismissed

12  to me as just a figure of speech, that did not actually

13  communicate any actual intent to tar and feather anybody.

14  That is hyperbole, Your Honor, that is a figure of speech.

15  Prior counsel had not hung anything on that, so I don't

16  think that the Court should either.  I frankly was surprised

17  when that turned up in the brief.

18        So I'd like to -- that's how he got there.  He

19  sees scuffles breaking out -- yes.

20        **THE COURT:**  It's a little bit more than just sort

21  of referring to tarring and feathering.  The phrase I think

22  is:  Tarring and feathering anyone we can find, I think that

23  was the phrase.  Let me see if I have it here.  It's,

24  "Whoever we can find."  That does suggest a little bit more

25  than a figure of speech.  I'm not suggesting that he brought

1   tar and feather with him, but it does suggest searching

2   people out.  You wouldn't say -- just as a matter of a

3   figure of speech, you might say those folks should be tarred

4   and feathered, I get that.  But when you say we ought to tar

5   and feather everyone we can find, it does sound a little bit

6   more aggressive to me than just a figure of speech.

7           MR. SEARBY:  Your Honor, I don't believe so.  I

8   think the reason we can say it's a figure of speech, unlike

9   the AUSA did, is that there's no other support in the record

10  in all the social media and all the tweets and all the

11  e-mails, nothing suggesting that he had any other intent to

12  search anyone down.  He wasn't dressed like it, like so many

13  others were.

14          THE COURT:  I'm not suggesting that he personally

15  came to the Capitol looking to hurt somebody.  I guess what

16  I'm suggesting, though, is that comment and then the

17  comments that he made afterwards shows that he had at least

18  an insensitivity to inciting others before and after, and

19  that he was at least throwing gasoline on a fire.  He may

20  not have had any intention -- I don't have any reason to

21  think he personally had any intention to engage in violence

22  that day, there's no indication that he did.  But it is

23  somebody who was, through social media, before both before

24  and after, throwing some gasoline on the fire.

25          MR. SEARBY:  Your Honor, actually during the

1  events in question, during the events for which he's taken a

2  conviction of this misdemeanor, you will see him doing

3  anything but throwing gas on the fire.  You will see him

4  protecting people from serious bodily injury, putting

5  himself at risk.

6       Now, as to the tweets afterwards, I think that the

7  government makes a bit too much of them.  However, they do

8  reflect a level of denial about the seriousness of January

9  6th which came over him in the immediate aftermath of those

10  events.

11       **THE COURT:**  Again, I think it's a little bit more

12  than just simply saying he was finding it hard to get his

13  head around the fact that he had done something wrong.  He

14  was feeding the flames again, he was feeding that beast that

15  suggests this never happened, this was -- you know, all

16  these people are out there who are saying there was this

17  violent attack on the Capitol, they're making it up.  And he

18  wasn't saying it privately to his friends and family or to

19  himself, he was out there on social media saying this didn't

20  happen, which is part of the entirety of what happened.

21  There's still some people out there who are still claiming

22  that.

23       Again, I don't want to make too much out of it

24  myself, but I think maybe you're making a little too little

25  out of it saying that he was just a little -- there was some

1      cognitive dissidence, he was finding it hard to get his head

2      around what he had been part of.  He was out there fanning

3      the flames of the denial of what happened that day.  And it

4      may be for a very brief period of time, I don't mean to

5      suggest it was anywhere near the worst of the inflammatory

6      statements I've seen.  But it also wasn't a nothing.  It

7      wasn't this is just somebody who was having a little

8      difficulty getting his head around the fact that he had done

9      something wrong.

10          **MR. SEARBY:**  Well, Your Honor, I think you're

11     right to focus on how short-lived this period was for him,

12     very short-lived, followed by remorse and acceptance of

13     responsibility.  In fact, his words said that the protest

14     was largely peaceful.  And so we can bicker about how --

15     what does largely mean.  The fact of the matter is he was in

16     denial about how bad that was, and how bad his being there

17     was.  He was in denial, and he acknowledges that now.

18          So I think that we get to the same place, Your

19     Honor.  Within a week or two, he had deleted his social

20     media accounts because he realized the gist of what you're

21     saying, Your Honor, which is that this was a terrible event

22     that has no excuse whatsoever; and that he wants to get as

23     far away from the political divisive rhetoric, including

24     rhetoric that he had used himself, as he can.  So I don't

25     think that we should dwell too much upon this.  I'd rather

1    the Court dwell upon the video that I want to show showing

2    him acting in an extraordinary manner during that day.

3            **THE COURT:**  I'm happy to turn to that, but I do

4    think it's not quite fair to say that he suggested that

5    largely no one was hurt.  I'm reading one of his posts, and

6    he said, "No one was hurt but the protesters here."

7            **MR. SEARBY:**  That's incorrect of him to say, Your

8    Honor, and that is one of the statements he made.  I think

9    he also at a certain other point said this was a largely

10   peaceful protest which is, again, off.  So he was in denial,

11   and he admits that now.  He realized it pretty quickly.

12   We're just conceding that those tweets after the fact were

13   not good, and that he regrets those.  And he's in a far

14   different place, Your Honor.  He's in a different place

15   because of his family and his friends and his church who

16   have helped him see how terrible that day was.  So he is

17   unequivocal about that, unequivocal about that.

18           I think that -- you know, I don't want to make too

19   much of the differences that I have with the government over

20   those tweets, although I have some.  Because directionally,

21   we agree he was wrong to go back on social media and deny

22   the gravity of what happened on January 6th, and he admits

23   that now.  And he understands where the government's coming

24   from in bringing all these cases, including the one against

25   him.

1          I'd rather turn, I think at this point, to the

2     video that shows somebody who was not fanning the flames

3     that day, and was really acting in an extraordinary way time

4     and time again.  So if I could please ask the Courtroom

5     Deputy to help me.

6          Your Honor, this first bit of video shows an early

7     episode of him attempting to help an officer who was in

8     distress.

9          **THE COURT:**  Was this before the doors were opened?

10         **MR. SEARBY:**  Before the doors were opened, Your

11    Honor.

12         **THE COURT:**  Okay.

13         **MR. SEARBY:**  And I've fast forwarded or placed the

14    video at the relevant time.  And you can see Mr. Weibling's

15    tan coat there right before the door and the back of his

16    head.  He is about to quickly help out a stricken officer

17    get out of there.  We believe that earlier before this, he

18    was calling to help let him out.  But this is an early

19    episode showing the general way he was being that day, Your

20    Honor, which was trying to be a peacemaker.  Again, we don't

21    deny that it wasn't his place to be there trying to be a

22    peacemaker, but that nonetheless is what he was doing.

23         So let's play this.

24      (Video played)

25         **MR. SEARBY:**  So there he goes, he's helping

1    somebody out.  We're going to see a lot more dramatic

2    video --

3              THE COURT:  I did not see that.

4              MR. SEARBY:  Okay.  So Mr. Weibling's back is to

5    us, and there's an officer.  You'll see he spins --

6    Mr. Weibling spins around.

7         (Video played)

8              MR. SEARBY:  That's Mr. Weibling.

9              THE COURT:  I see him.

10             MR. SEARBY:  And then officers right in front of

11   him to the right, right there.

12             THE COURT:  Okay.

13             MR. SEARBY:  That is just the opening course here,

14   Your Honor, of a series of events where Adam is trying to be

15   helpful to officers that day.  And that is why he is up

16   there.  And the next video goes further into this.  Why is

17   Adam up there, why is he by the doors?  We'll see why he's

18   by the doors.  This is, again, edited video.

19        (Video played)

20             MR. SEARBY:  There's Adam, he's looking at where

21   the attacks are taking place.

22        (Video played)

23             MR. SEARBY:  By the way, the officer right here,

24   whose shoulder pad we're looking at, is going to come up

25   later as yet another episode of Adam attempting to help

1    police officers.  I'll get to that at the end.

2         (Video played)

3         **MR. SEARBY:**  Now you start getting some pretty

4    fierce attacks there with flagpoles.  There's Adam here.

5    That's where the pole attack was taking place.

6         (Video played)

7         **MR. SEARBY:**  So now you're seeing Adam about to

8    move up towards the attacks on the officer.  This is all of

9    a piece of what you'll see later, Your Honor, starting with

10   the next video.

11        (Video played)

12        **MR. SEARBY:**  Moved towards the officers.  So that

13   is why Adam is moving towards the doors, Your Honor, because

14   he's seeing police officers being assaulted.  Then you'll

15   see what he does about it next.  So this is another amateur

16   video that we've edited to slow it down and replay it so

17   it's easier to understand the significance of it.

18        (Video played)

19        **MR. SEARBY:**  There's chemical irritant in the air

20   that comes into play later, Your Honor, in terms of his

21   physical -- Adam's physical condition during the rest of the

22   events.

23        (Video played)

24        **MR. SEARBY:**  The door opened from inside, these

25   people come rushing out.  The guy right in the center of the

1      frame right now is a real problem you'll see.

2              THE COURT:  So by this point, he's been up there

3      for 15 minutes in this mob.  What you've shown me is during

4      that 15 minutes, at one point in time he sort of turns out

5      of the way to help one officer leave.

6              MR. SEARBY:  Your Honor, he's up there trying to

7      diffuse the situation in a way that, again, we --

8              THE COURT:  What evidence is there -- I mean,

9      there are 15 minutes.  What evidence is there other than the

10     fact that during that 15 minutes, at one point in time he

11     sort of turns and puts his hands, as I see it, on the

12     officer to help sort of shift out of the way so the officer

13     can leave?

14             MR. SEARBY:  Your Honor, I think the evidence is

15     just about to follow.  He's up there to help protect the

16     officers, to keep the situation from becoming more violent.

17     That's his state of mind.  I think you'll see that when the

18     doors open here, right, he's not rushing in, he's not.  So

19     if the whole theory of the government being very

20     uncharitable to what we're looking at is that he went there

21     to go inside the building, well, you're not going to see

22     that.  You're going to see him stay protecting an officer.

23     When others went in, he could have gone in.  Certainly if

24     the theory is he was up there to go in, why didn't he.  The

25     reason is because he was there trying to diffuse the

1    situation, just like I've said and that you'll see over and

2    over and over again throughout the course of what I'm going

3    to show you.

4        (Video played)

5        **MR. SEARBY:**  So this guy's having the time of his

6    life.

7        (Video played)

8        **MR. SEARBY:**  Adam, who's there trying to assist

9    the officer right next to him, is in obvious distress.

10       (Video played)

11       **MR. SEARBY:**  He's hearing people say these things,

12   Your Honor.  He's hearing other people around him saying:

13   "Break his helmet off."  That is what is causing my client

14   to act and do the things that you will see.

15       (Video played)

16       **MR. SEARBY:**  Okay, he's raising his right hand to

17   deflect the flagpole coming down.  There it is, look.

18       (Video played)

19       **MR. SEARBY:**  This is not somebody who's busy

20   trying to get inside the Capitol building, this is someone

21   who's busy trying to keep somebody in uniform safe and free

22   of serious injury.  He deflects this flagpole.

23       (Video played)

24       **MR. SEARBY:**  This camera angle does not capture

25   all the multiple times that he did this, Your Honor, that he

**1**    was deflecting flagpoles.  We have another one coming up

**2**    that does.  So he's positioning his body between the person

**3**    attacking with the flagpole and an officer.

**4**        (Video played)

**5**        **MR. SEARBY:**  Now you see right now in this

**6**    screenshot the arm -- the white thing on the left hand side

**7**    of the circled area, that's an arm coming around Adam's neck

**8**    as he's sitting there deflecting flagpoles from the officer.

**9**    And he's going to be dragged inside the Capitol building.

**10**       (Video played)

**11**       **MR. SEARBY:**  Look at that.  We're going to see

**12**   that from another angle, Your Honor, but that was not known

**13**   to the government when they arrested Mr. Weibling.  This was

**14**   found out by close analysis of these turbulent, very fast

**15**   videos that we were finding.  So the government portrayed

**16**   Mr. Weibling in the complaint as an aggressor.  He was far

**17**   from an aggressor, he was deflecting flagpoles and he got

**18**   dragged in by his neck by somebody else.

**19**           So now I'm going to try to get out of this video.

**20**   Track four, Your Honor, this is edited surveillance video

**21**   from a camera inside the Capitol Rotunda entrance inside the

**22**   Columbus doors.  Actually, there's a bit of a numbering

**23**   problem on the thumb drive -- at least on this list of

**24**   files.  So this is actually -- I'm actually playing what I

**25**   think the government has as track four.  This should be

1    considered track four, even though on my directory here it's

2    track seven.  I apologize for the confusion.

3              So I'm going to speed ahead here to a minute and

4    38 into the count here, right before this door is pulled

5    open by the protesters or the mob inside.  And this person

6    right here is kind of a ring leader who we'll see later.

7    Adam is struggling with this individual later.  He's leading

8    the forcible opening of the door.

9         (Video played)

10         **MR. SEARBY:**  The door is open now and some people

11   are getting in.  Not Adam.  There's a man in orange who's

12   already attacking Officer Adams -- or a police officer in

13   front of Adam Weibling.

14        (Video played)

15        **MR. SEARBY:**  There's Adam right there.  He's not

16   coming in, he's trying to protect the officer.  And there he

17   is, first time that he blocks a flagpole aimed at the

18   officer, not the last.

19        (Video played)

20        **MR. SEARBY:**  The second time that he blocks the

21   flagpole aimed at the officer.

22        (Video played)

23        **MR. SEARBY:**  This is the second time replay.  He's

24   trying to create a protective space around Officer Adams.

25        (Video played)

1    **MR. SEARBY:**  The third time that Adam is blocking

2    the flagpole aimed at the officer.  That's what he's doing

3    there, Your Honor, he's not rushing into the Capitol.  You

4    could see this pattern of protective behavior developing in

5    the first video that I showed you and the second one.

6        (Video played)

7        **MR. SEARBY:**  So this protester is trying to attack

8    the officer from behind in the red hat, from behind Adam.

9    So he puts Adam in a chokehold and drags him into the

10   Capitol building from where he is right now in the threshold

11   of the doors.

12       (Video playing)

13       **MR. SEARBY:**  There's the -- you see the arm go

14   around, Your Honor?  See it go around his neck?  And there

15   he goes, he's pulling Adam Weibling back and in.

16       (Video played)

17       **MR. SEARBY:**  See, he pushes both the officer and

18   Adam off to the left there.  So he's -- Adam is being pushed

19   and shoved from behind, but uses his body to create space

20   for the officer he's been trying to protect already.

21       **THE COURT:**  What he's saying to the officer there?

22       **MR. SEARBY:**  Your Honor, this is in a general way,

23   you know, trying to help the officer.  These are words that

24   are happening very quickly.  There's no audio --

25       **THE COURT:**  I know there's no audio, but he

1  presumably knows what he said to the officer at that point.

2  It looks like he's exclaiming towards him.

3          **MR. SEARBY:**  I think he's trying to help him, see

4  what he can do to help him.  The exact words are just not

5  something -- this goes -- this whole event goes on for 30

6  minutes or so, Your Honor.  We don't have the exact words,

7  nobody does.  But you'll see him continually act to protect

8  the same officer.  So he's raising his right shoulder to

9  more effectively block the protester assaulting the officer.

10      (Video played)

11          **MR. SEARBY:**  See the officer -- the person behind.

12      (Video played)

13          **MR. SEARBY:**  The thing is there's another

14  protester here who it turns out is also trying to help the

15  officer, and he and Adam form a protective ring around

16  Officer Adams.  Now, we would concede, again, Your Honor --

17  just to be completely clear, that this is not Adam

18  Weibling's job, and he should be leaving protection to

19  professionals.  But this is his motivation; it is well

20  intended.

21      (Video played)

22          **MR. SEARBY:**  So someone else is knocking Adam

23  back.

24          **THE COURT:**  This is the officer I think.  It looks

25  to me like the officer's pushing him back.

1          (Video played)

2          **MR. SEARBY:**  And to answer your question, Your

3     Honor, at some point the officer makes clear to Adam that he

4     wants Adam and others to leave.  And Adam does disengage at

5     a certain point you'll see.

6          (Video played)

7          **MR. SEARBY:**  You can see Adam wiping his eyes.

8     Now, somebody in the red hat has just gotten in between Adam

9     and the officer.  This person is one we've seen before, is

10    one of the attackers.

11         (Video played)

12         **MR. SEARBY:**  So this person we've seen before is

13    kind of a ring leader, starts waving a Gatorade bottle

14    repeatedly in the officer's face.  You'll see, again, a

15    protective action by Adam.

16         (Video played)

17         **MR. SEARBY:**  Adam is struggling at this point with

18    the protester over the bottle he's been waving in the

19    officer's face.

20         (Video played)

21         **MR. SEARBY:**  So he's feeling the effects of being

22    pepper sprayed, he's holding his head.

23         (Video played)

24         **MR. SEARBY:**  He's been hit from behind and he's

25    holding his head.

1        (Video played)

2        **MR. SEARBY:**  Here he looks back at the door -- and

3    look at that door, Your Honor, it's got people in it.  It's

4    got a big crowd right outside of it.  You'll see that he

5    looks back at this door, it's very uninviting for him to try

6    to exit at this point.  And you'll see as this video plays

7    and he turns around, that people are just pressing forward

8    and through that door in a large crowd.

9        (Video played)

10       **MR. SEARBY:**  So there he goes off screen, but I'm

11   going to keep playing this, Your Honor.  And I'd like you to

12   watch for the next minute or so as you'll see that this

13   was -- especially considering what was on the other side of

14   that door -- which you can see just the tip of the iceberg,

15   was not -- it was not going to work out for him to try to go

16   back out there at this moment.

17       (Video played)

18       **MR. SEARBY:**  Look at these people pushing in and

19   pushing in, and people behind them.  After what he's just

20   gone through, the way he's feeling right now holding his

21   head, dabbing his eyes, this wasn't happening for him, he

22   wasn't looking out there and saying oh, this looks safe to

23   leave.  This is a huge crowd out there.

24       (Video played)

25       **MR. SEARBY:**  And here they are, they're coming in,

1    see.  There was no exit for him at this point that looked

2    remotely safe or even possible.

3            (Video played)

4            MR. SEARBY:  Okay, so the next video is more

5    edited surveillance video.

6            (Video played)

7            MR. SEARBY:  So that's Adam dazed and hurt heading

8    out into the Rotunda after disengaging with the officer.

9            (Video played)

10           MR. SEARBY:  Here's Adam turning back towards the

11   door.

12           (Video played)

13           MR. SEARBY:  He's still clutching his head, he's

14   in bad shape.

15           (Video played)

16           MR. SEARBY:  Now, again, this is edited video.

17   I'm going to move it forward to a point later in time where

18   he comes back.  And this is much later now, Your Honor, this

19   is 3:09 p.m.  He's come back to try to wait until he can

20   leave the building.  We spotlight him in the distance there

21   as he's coming back through.  What you'll see over the next

22   two minutes, Your Honor, is Adam coming up towards the door

23   and waiting until it is opened and it is clear for him and

24   other people to move through and out of the Capitol

25   building.

1          (Video played)

2          **MR. SEARBY:**  Nobody's going anywhere at this

3     point, they're all waiting.

4          (Video played)

5          **MR. SEARBY:**  Adam's on the far bottom right corner

6     of the screen now waiting.

7          (Video played)

8          **MR. SEARBY:**  So now he turns and notices people

9     are able to leave, people are moving, and he joins them.  So

10    at the first visible opportunity to leave the building, he

11    is leaving the building.

12         Now, the next video I want to show is also on the

13    theme of him trying to leave the building and not being able

14    to.  I'm playing now track seven -- which on my computer

15    says track four, but it's really track seven.  This is just

16    pure surveillance video.  I'm going to take it to the 9

17    minute and 30 second count on this clip, which is

18    approximately 2:46 p.m.  So really only a few minutes, Your

19    Honor, after he got in the building and disengaged from the

20    scene there with the officer, and was holding his head and

21    clutching his head and wandering into the Capitol Rotunda.

22    Here is him coming back to the doors you'll see and trying

23    to leave, but it's not a good time here either.

24         (Video playing)

25         **MR. SEARBY:**  So there's Adam at the bottom of the

1    screen right there next to the word door.  He's pointing

2    himself right at the open door, but the huge crowd's still

3    there.  He's looking and he's looking, and he's obviously

4    trying to leave just a few minutes after he got pulled in.

5    But as you can see, the door is still packed with people,

6    jam packed with people.  There he goes up, he's trying to

7    see.  But look, it's just -- it's, again, a bad scene out

8    there just a few minutes after he was clutching his head and

9    dabbing his eyes.  He gets bumped there, and you'll see him

10   start to wander back, back towards in the direction of the

11   Rotunda.  So that was yet another attempt of him to leave

12   before that successful one I showed you before.

13          So unfortunately, sometime while he is in the

14   Rotunda, he commits the offense for which he's been

15   convicted of parading and demonstrating.  He grabs a

16   microphone and speaks into it in the Capitol Rotunda, which

17   he understood he had no authorization to be in.

18          So the next video I want to show you is yet

19   another episode, though, in the Rotunda where he gets

20   involved in an obvious attempt to help officers against

21   violent attackers.  This is from body-worn camera footage.

22   There's Adam.

23          (Video playing)

24          **MR. SEARBY:**  Adam's looking at this individual,

25   and he's obviously directing himself at the other person, at

1    who we call the aggressive person here.  He's trying to

2    intervene with him, putting his hand between the aggressive

3    person and the officer.  This person sees Adam getting

4    involved.  Adam makes contact with him.  Momentarily, this

5    person calms down because of Adam.  The officers are saying

6    move back, move back, move back, and that sparks some action

7    coming up.  And the aggressive person is now connecting with

8    the officer.  Adam is moving between this aggressive person

9    and the officer with his elbow blocking him -- look at that

10   blocking action trying to keep him away.

11            Now, this is key.  Adam's hand is on the

12   aggressive person's hand which is gripping the baton.  Adam

13   is trying to fend off that person's hand from interfering

14   with the police officer and the police officer's baton

15   movements.  That's what Adam is doing, he's putting himself

16   in this position for that purpose, Your Honor.

17            There he is again several seconds later, Your

18   Honor.  Adam's hand is on the aggressive person's hand

19   trying to help the police officer.  And then this individual

20   recognizes Adam is not on his side and starts pushing Adam

21   down.  This rioter is restraining Adam from helping the

22   officer.

23            So that is -- that, Your Honor, is the last video

24   we have of him assisting officers.  It's not the only --

25   it's not the last episode of him helping the officers.  We

1     described in the brief how there was another officer before

2     Adam was in the Capitol who he assisted and called for help

3     from fellow officers.  This was an African American

4     officer -- so not the Caucasian officer we saw in the video,

5     a different one.  And we received the identity of that

6     officer and interviewed the African American officer who

7     described just what Adam had described, which was distress,

8     which was passing out, blacking out and needing to take a

9     break with the assistance of fellow officers.  So even

10    before all this video footage, Adam was out there trying to

11    render assistance to police officers.

12            So the last video I want to show is one of Adam

13    assisting in a protester-on-protester confrontation just,

14    again, showing this mentality.

15        (Video played)

16        **MR. SEARBY:**  So this protester is swinging this --

17    it looks like a cane around at others.  Adam is trying to

18    break it up.  And then he tries to calm people so that

19    there's no further violence.

20        (Video played)

21        **MR. SEARBY:**  See, he's going right up to this guy

22    and talking to him, and what Adam describes in his letter as

23    him just trying to reassure the guy that this --

24    everything's going to be okay, to just cool down.

25        (Video played)

1          **MR. SEARBY:**  So we just -- it's the same desire to

2     intervene and do good there time and time again, and that's

3     why he was there, Your Honor.  He shouldn't have been there,

4     he should have left that to professionals.  And he shouldn't

5     have grabbed a mic inside the Rotunda when he wasn't

6     authorized to be there.  That was an offense for which he is

7     deeply sorry, and he's sorry for his whole involvement in

8     this.

9          If Your Honor would give me one moment to confer

10    with my client, I would appreciate it.

11         **THE COURT:**  Sure, of course.

12         **MR. SEARBY:**  Thank you.

13    (Discussion off the record)

14         **MR. SEARBY:**  Thank you, Your Honor.  I think that

15    it's clear where Adam's heart was in dealing with the police

16    officers on that day, and that he was being jostled and hit

17    from behind.  It was a chaotic situation there that no one,

18    of course, had ever been in before that moment.  I don't

19    think that there's any serious claim by the government of

20    any malintent by Mr. Weibling on that occasion, of trying to

21    interfere with the officer.  Ultimately, the officer did

22    make clear that he wanted people to leave, and Adam at that

23    point was moving off.  And that's when he really couldn't

24    easily get out, Your Honor.  And that led to trouble, that

25    led to the incident with the microphone.

1          And he stands before you guilty of an offense.

2     But I think that to understand where his heart was at on

3     that day, it's pretty clear looking at all this video what

4     he was trying to do.  He wasn't trying to break into the

5     Capitol, he was trying to diffuse violence.  And he

6     accepts -- he accepts blame for what he did and for what he

7     shouldn't have been doing, which was attempting to engage in

8     a protected function that was best left to the Capitol

9     police.

10         So I think right now, Your Honor, Adam is seeking

11    redemption.  He's seeking redemption by accepting blame.

12    He's seeking redemption by renouncing the divisive politics

13    that led him to the District of Columbia on January 6th.

14    And he's seeking redemption by deepening his commitment to

15    his family and his church that have supported him and helped

16    him really understand the error of his ways in this case.

17    So for those reasons, Your Honor, I think that the

18    sufficient, but not excessive, sentence here is a term of

19    probation for 12 months, no custody, certainly no jail, and

20    the restitution of $500.

21         THE COURT:  All right, thank you.  Mr. Weibling,

22    you have a right to address the Court.  Would you like to

23    address the Court?

24         THE DEFENDANT:  Yes, Your Honor.  Your Honor, I

25    stand before you today because I'm guilty of the crime.  I

1    take full responsibility for my criminal actions that day,

2    and I'm very sorry.  I take responsibility not only for my

3    actions, but for the consequences to myself and to others.

4    I've been blessed with a church that has -- even though they

5    vehemently disapprove of my actions, has been very

6    instrumental and supportive in helping me to learn and grow

7    as I take responsibility in this situation.  And the

8    family -- and again, very much disapproved, but some

9    still -- I'm sorry, Your Honor.  Some still stood by me, and

10   also helped me to understand my attitude and error of that

11   day.  I'm very sorry, Your Honor.  Thank you.

12        **THE COURT:**  Can I ask you, when you were on the

13   microphone, what were you saying?

14        **THE DEFENDANT:**  I honestly don't recall.  But I

15   can tell you that what I believe -- and that's somewhat

16   speculation.  I believe I said something along the lines of

17   the chant that was being said before me, like -- and then I

18   said something about peaceful protests, but I don't recall

19   anything else.  So it wasn't all, I'm sure, benign, and I

20   know that.

21        **THE COURT:**  What was the chant?

22        **MR. SEARBY:**  I believe it was something about the

23   people's house, this is the people's house or something to

24   that effect.

25        **THE COURT:**  Okay.

1    **MR. SEARBY:**  Your Honor, just to be clear, he does

2    not remember, he's doing a bit of speculation on his own

3    here.  They were very dramatic events.  But he's also being

4    very candid about what his speculation is.

5    **THE COURT:**  Well, what were you saying to the

6    officer?  I can see you were involved in a fairly animated

7    discussion with the officer as you came through the door.

8    **THE DEFENDANT:**  I believe I was asking him if he

9    was all right, and trying to look for some direction.  I

10   know that the events were extremely chaotic and it was hard

11   to hear.  I didn't really know when or if he'd be able to

12   pay attention to me or -- but I wanted to -- you know, I

13   remember saying things like:  Are you okay, do you need me

14   to leave, is this -- just it's very hard, Your Honor, I can

15   just speculate.  I'm trying my best for you today just in

16   good faith.  Even amongst my counsel, I was not really able

17   to tell him exactly what was going on there, so this is

18   somewhat speculative.

19   **THE COURT:**  Okay, I appreciate that.  Thank you.

20   **THE DEFENDANT:**  Thank you, Your Honor.

21   **THE COURT:**  And Mr. Searby, anything else you want

22   to offer -- anyone else that wants to address the Court or

23   anything else you want to offer to me?

24   **MR. SEARBY:**  No, Your Honor.  I think Your Honor

25   has the facts sufficiently before you to understand that the

1    nature of the offense -- namely, the parading and

2    demonstrating, was minor in the grand scheme of January 6th.

3    It was unplanned, and that his presence there was to a large

4    extent well-intentioned -- obviously excepting the fact that

5    he shouldn't have been taking it upon himself to offer

6    protective services; and obviously granting the fact that he

7    was not authorized to be in the Rotunda when he made his

8    remarks on the microphone, whatever they were.

9          So I think that the offense conduct is on the

10   relatively minor side.  His personal history and

11   characteristics also are before you now as somebody who's

12   been building a sense of family, of community over the past

13   many years; that's been there for him here; and that is

14   going to help him turn over a new leaf after today, Your

15   Honor, and show the kind of law abiding person that he can

16   be.  I do not think that jail serves any purpose for this

17   defendant.  Thank you, Your Honor.

18         **THE COURT:**  Okay, thank you.  Anything further,

19   Ms. Watson?

20         **MS. WATSON:**  No, Your Honor.

21         **THE COURT:**  So I've assessed the particular facts

22   of the case in light of the relevant 3553(a) factors, and I

23   want to provide some remarks for Mr. Weibling about my

24   consideration and for the record in this case.  With respect

25   to the nature of the offense, in all of these cases, I think

1   it's important to step back and take a moment and just think

2   about how truly extraordinary and truly horrifying the

3   events of that day were.  They are singular in the history

4   of this nation where a large, large group of people rose up

5   and were unwilling to accept the results of an election in

6   this country, and engaged in conduct that was fundamentally

7   undemocratic in a way that is chilling.  One can look at

8   news from countries around the world that are not blessed

9   with our history of democracy that we have in this country,

10  and see scenes that look like that day.  It is a stain on

11  the history of our country.

12          With respect to Mr. Weibling and his personal

13  actions that day, I don't know if it quite rises to the

14  level of being Dr. Jekyll and Mr. Hyde, but it certainly was

15  somebody who approached that day in a mixed fashion.  I

16  think some of his tweeting before and afterwards shows that

17  he was buying into and feeding the narrative of what

18  happened that day; feeding the narrative of a notion that

19  the election was stolen, and that people had to rise up in

20  response to that where there was no evidence whatsoever that

21  the election was stolen except for the rhetoric that

22  Mr. Weibling may have been one small voice in, but that he

23  was adding to in that rhetoric.

24          And then afterwards, the mischaracterization of

25  what happened that day adds to the divisiveness and the

1    notion that it's not so much the truth that matters as one's
2    political affiliation that matters regardless of the truth.
3    He did, though, very quickly walk away from that rhetoric,
4    and I take him at his word that he is deeply remorseful.
5    And he's shown in everything since those initial tweets to
6    show that he is extremely remorseful about the role that he
7    played that day and about what happened that day.

8            His actions on that day I think are a mixed bag.
9    I'm not entirely persuaded that he was there simply to
10   protect others that day, and that he would not have been
11   there but for a desire to de-escalate things and to protect
12   others.  But there also is evidence that he was protecting
13   others that day.  My best sense of it, from looking at the
14   videos and the evidence in the case, is that Mr. Weibling
15   was fundamentally opposed to any violence that day and
16   wanted to protect others from violence.  It doesn't mean,
17   though, that he didn't share in the desire to turn around in
18   some sense a -- the democratic process; and that he wasn't
19   there in some sense as an active participant in the unlawful
20   protests that were occurring inside the Capitol building
21   that day.  And evidence of that is that he actually got on
22   the microphone and was feeding the crowd that day.  And
23   that's not the action of somebody who was just pushed into
24   the building against his will, was doing his best to get out
25   of the building at all times, did not share at all in the

1    disruptive behavior of those who were in the building that

2    day.  It does show that he joined in some sense in the

3    activities of that day, but that he was somebody, to his

4    credit, who was opposed to any violence, and certainly any

5    violence directed at police officers that day.

6         With respect to Mr. Weibling's character more

7    generally, there are some incidents that are referred to in

8    the probation report from earlier, years earlier that are

9    regrettable.  And by all accounts, it's something that

10   Mr. Weibling has put behind him in his life.  Letters of

11   support certainly show somebody who is highly regarded in

12   his community, and regarded as somebody who contributes in a

13   positive way to his community.  I do place weight on the

14   fact that Mr. Weibling has accepted blame for what happened

15   that day, and that he's not merely denying -- he's not

16   denying that he violated the law, he's not denying that he

17   contributed to the deeply unfortunate events of that day,

18   and that he is expressing remorse for what he did that day.

19        With respect to the types of sentences that are

20   available, the government has requested 14 days of

21   incarceration with 36 months of probation, the completion of

22   60 hours of community service and $500 in restitution.  The

23   defense has requested a sentence of no period of

24   incarceration, no home confinement, 12 months of probation

25   along with the restitution, but no fine.  And the probation

1   office has recommended a sentence of 24 months of probation,

2   along with 60 days of location monitoring/home detention,

3   $500 in restitution and $2,500 in a fine.  I've spent a lot

4   of time in this case, and other cases, trying to think about

5   how this case fits into the overall architecture or

6   framework of the cases to date, and how this sentence

7   compares to other sentences.

8           As the government notes in its sentencing

9   memorandum, in the Colbath case I imposed a period of 30

10  days home detention on a defendant who was only in the

11  building for five minutes or so.  Mr. Weibling was in the

12  building a longer period of time than that.  I do credit the

13  fact that he was trying to leave the building for a portion

14  of that time, and that was not something he could readily

15  do.  But he also did speak into the microphone for a minute

16  or so in the midst of this chaos in a way that fed to the --

17  fed into the chaos that was occurring overall.

18          So by my sense, this case is one that is in some

19  sense more severe than the Colbath case, but also I do give

20  Mr. Weibling substantial credit for his efforts to protect

21  officers on that day.  So I think, on balance, this case is

22  worse than Colbath in some respects, but less worse in

23  others given Mr. Weibling's conduct that day.  So I think

24  that that's actually a fair benchmark, so I'm going to

25  impose a similar sentence here.

1           Pursuant to the Sentencing Reform Act of 1984, and

2   in consideration of the provisions of 18 U.S.C. section

3   3553, it is the judgment of the Court that you, Adam Mark

4   Weibling, are hereby sentenced to a term of 24 months of

5   probation on count four.  In addition, you're ordered to pay

6   a special assessment of $10 in accordance with 18 U.S.C.

7   section 3013.  While on supervision, you shall abide by the

8   following mandatory conditions as well as all the

9   discretionary conditions recommended by the probation office

10  in part D sentencing options of the presentence report which

11  are imposed to establish the basic expectations for your

12  conduct while on supervision.

13          The mandatory conditions include you must not

14  commit another federal, state or local crime.  You must not

15  unlawfully possess a controlled substance.  You must refrain

16  from any unlawful use of a controlled substance.  You must

17  submit to one drug test within 15 days of placement on

18  supervision, and at least two periodic drug tests thereafter

19  as determined by the Court.  You must make restitution in

20  accordance with 18 U.S.C. sections 3663 and 3663(a), or any

21  other statute authorizing restitution.

22          You will be monitored in the form of location

23  monitoring technology indicated herein for a period of 30

24  days.  You must follow the rules and regulations of location

25  monitoring -- of the location monitoring program.  Location

1    monitoring technology is at the discretion of the probation

2    office, including radio frequency monitoring, GPS monitoring

3    or hybrid GPS monitoring.  SmartLink or voice recognition as

4    a form of location monitoring technology will be used to

5    monitor the following restrictions of your movement in the

6    community:  You are restricted to your residence at all

7    times except for employment, education, religious services,

8    medical and substance abuse or mental health treatment,

9    attorney visits, court appearances, court ordered

10   obligations or other activities as preapproved by your

11   probation officer.  And that is home detention for a period

12   of 30 days.

13        You are also ordered to complete 60 hours of

14   community service within 24 months.  The probation officer

15   will supervise your participation in the program by

16   approving the program.  And you must provide written

17   verification of completed hours to your probation officer.

18        Financial information disclosure.  You must

19   provide the probation officer access to any requested

20   financial information, and authorize the release of any

21   financial information.  The probation office may share

22   financial information with the United States Attorney's

23   Office.

24        Firearms restriction.  You shall remove firearms,

25   destructive devices or other dangerous weapons from areas

1    over which you have access or control until your term of

2    supervision expires.  The Court authorizes supervision of

3    this case to be transferred to the United States District

4    Court for the Southern District of Texas.  I'm not going to

5    transfer jurisdiction over the case, though, because I find

6    that sometimes when there's a need for a modification, it's

7    actually easier to come back to me than to figure out which

8    judge in Texas would be responsible.

9         You're ordered to pay -- I'm not going to order

10    the imposition of a fine.  You are ordered to pay

11    restitution in the amount of $500 to the Architect of the

12    Capitol.  I will waive any interest or penalties that may

13    accrue on that balance.  The restitution shall be made to

14    the Clerk of the Court for the United States District Court,

15    District of Columbia for disbursement as follows:  Architect

16    of the Capitol, Office of the Chief Financial Officer, Ford

17    House Office Building, Room H2-205B, Washington, D.C. 20515

18    in the amount of $500.  The financial obligations are

19    immediately payable to the Clerk of the Court for the United

20    States District Court at 333 Constitution Avenue, NW,

21    Washington, D.C. 20001.

22         Within 30 days of any change of address, you shall

23    notify the Clerk of the Court of the change until such time

24    as your financial obligation is paid in full.  The probation

25    office shall release the presentence investigation report to

1   all appropriate agencies, including the United States

2   Probation Office in the approved district of residence, in

3   order to execute the sentence of the Court.  Treatment

4   agencies shall return the presentence report to the

5   probation office upon the defendant's completion or

6   termination of supervision.

7            You can appeal your conviction if you believe that

8   your guilty plea was somehow unlawful or involuntary, or if

9   there was some other fundamental defect in the proceeding

10  not waived by your guilty plea.  Under some circumstances,

11  you also have a right to appeal a sentence.  However, a

12  defendant may waive that right as part of a plea agreement,

13  and you have entered into a plea agreement that waives some

14  of your rights to appeal the sentence itself.  Such waivers

15  are generally enforceable, but if you believe the waiver

16  itself is not valid, you can present that theory to the

17  Court of Appeals.

18           Pursuant to 28 U.S.C. section 2255, you also have

19  a right to challenge the conviction entered or the sentence

20  imposed to the extent permitted by that statute and not

21  waived by your plea agreement.  Any notice of appeal must be

22  filed within 14 days of entry of judgment or 14 days within

23  the filing of a notice of appeal by the government.  If

24  you're unable to afford the cost of an appeal, you may

25  request permission from the Court to file an appeal without

1    cost to you.  On appeal, you may also apply for court

2    appointed counsel.

3              Are there any objections that have not already

4    been noted for the record, Ms. Watson?

5              **MS. WATSON:**  No, Your Honor.

6              **THE COURT:**  Mr. Searby?

7              **MR. SEARBY:**  No, Your Honor.

8              **THE COURT:**  Anything else -- is there a motion

9    from the government?

10             **MS. WATSON:**  Yes, Your Honor.  At this time, the

11   government would move to dismiss the remaining counts,

12   counts one through three.

13             **THE COURT:**  That motion is granted.  Mr. Searby.

14             **MR. SEARBY:**  Yes, Your Honor.  The defense moves

15   to exonerate the bond.

16             **THE COURT:**  Can you come to the microphone?

17             **MR. SEARBY:**  Your Honor, the defense moves to

18   exonerate the bond.

19             **THE COURT:**  Ms. Watson?

20             **MS. WATSON:**  No objection, Your Honor.

21             **THE COURT:**  That motion is granted.  Anything else

22   before we adjourn?

23             Well, thank you all.  Good luck to you.

24        (Proceedings adjourned at 11:51 a.m.)

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter**,

4     certify that the foregoing is a true and correct transcript

5     of the record of proceedings in the above-entitled matter.

6

7

8

9     _____           _____
           July 14, 2023

10              **DATE**                      **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$10 [1]** 51/6
**$2,500 [2]** 7/20
50/3
**$5,000 [1]** 7/16
**$500 [8]** 7/20 16/23
17/15 43/20 49/22
50/3 53/11 53/18

**0**

**0644 [1]** 1/4

**1**

**10:11 [1]** 1/6
**11:51 a.m [1]** 55/24
**12 [4]** 1/5 16/23
43/19 49/24
**14 [4]** 7/14 49/20
54/22 54/22
**15 [8]** 11/9 11/12
16/16 29/3 29/4
29/9 29/10 51/17
**15-60421 [2]** 5/11
5/25
**15-minute [1]** 11/10
**17th [1]** 15/18
**18 [5]** 4/3 8/1 51/2
51/6 51/20
**1984 [1]** 51/1
**1:21-cr-0644 [1]**
1/4

**2**

**20 [1]** 5/13
**2000 [1]** 1/18
**20001 [2]** 1/25
53/21
**20036 [1]** 1/18
**2023 [2]** 1/5 4/9
**20515 [1]** 53/17
**20530 [1]** 1/15
**205B [1]** 53/17
**21-644 [1]** 2/2
**22 [2]** 5/9 5/24
**2255 [1]** 54/18
**23 [2]** 5/10 5/24
**24 [5]** 7/18 17/2
50/1 51/4 52/14
**27th [1]** 4/8
**28 [1]** 54/18
**2:23 p.m [1]** 11/7
**2:38 [1]** 11/8
**2:46 p.m [1]** 38/18

**3**

**30 [6]** 34/5 38/17
50/9 51/23 52/12
53/22
**3013 [1]** 51/7
**333 [2]** 1/24 53/20
**3553 [5]** 4/3 8/1
8/19 46/22 51/3
**36 [1]** 49/21
**3663 [2]** 51/20
51/20
**38 [1]** 32/4
**3:09 p.m [1]** 37/19

**4**

**40 [1]** 2/20

**4700-C [1]** 1/24

**5**

**5104 [2]** 2/20 7/14

**6**

**60 [6]** 7/19 17/2
17/4 49/22 50/2
52/13
**60421 [2]** 5/11 5/25
**644 [1]** 2/2
**6th [8]** 14/15 16/14
18/3 18/16 23/9
25/22 43/13 46/2

**7**

**750 [1]** 1/18

**9**

**950 [1]** 1/15

**A**

**a.m [2]** 1/6 55/24
**abide [1]** 51/7
**abiding [1]** 46/15
**able [5]** 12/17 38/9
38/13 45/11 45/16
**above [1]** 56/5
**above-entitled [1]**
56/5
**abuse [1]** 52/8
**accept [2]** 7/7 47/5
**acceptance [1]**
24/12
**accepted [1]** 49/14
**accepting [1]** 43/11
**accepts [2]** 43/6
43/6
**access [2]** 52/19
53/1
**accordance [2]** 51/6
51/20
**accounted [1]** 13/2
**accounts [3]** 11/3
24/20 49/9
**accrue [1]** 53/13
**acknowledged [1]**
18/8
**acknowledges [1]**
24/17
**act [3]** 30/14 34/7
51/1
**acting [2]** 25/2
26/3
**action [7]** 1/3 2/2
20/6 35/15 40/6
40/10 48/23
**actions [6]** 8/24
44/1 44/3 44/5
47/13 48/8
**active [1]** 48/19
**activities [2]** 49/3
52/10
**actual [1]** 21/13
**actually [11]** 4/4
13/25 19/19 21/12
22/25 31/22 31/24
31/24 48/21 50/24
53/7
**ADAM [57]**

**Adam's [8]** 16/16
28/21 31/7 38/5
39/24 40/11 40/18
42/15
**Adams [3]** 32/12
32/24 34/16
**addendum [2]** 6/2
7/9
**adding [1]** 47/23
**addition [2]** 8/9
51/5
**Additionally [1]**
13/6
**address [5]** 9/11
43/22 43/23 45/22
53/22
**adds [1]** 47/25
**adequate [2]** 8/7
17/15
**adjourn [1]** 55/22
**adjourned [1]** 55/24
**admits [2]** 25/11
25/22
**adult [2]** 5/14
18/11
**affects [1]** 14/19
**affiliation [1]**
48/2
**afford [2]** 8/7
54/24
**African [2]** 41/3
41/6
**aftermath [1]** 23/9
**afterwards [5]**
14/20 22/17 23/6
47/16 47/24
**again [17]** 23/11
23/14 23/23 25/10
26/4 26/20 27/18
29/7 30/2 34/16
35/14 37/16 39/7
40/17 41/14 42/2
44/8
**against [7]** 9/7
9/21 10/1 13/24
25/24 39/20 48/24
**agencies [2]** 54/1
54/4
**agents [1]** 16/12
**aggravating [6]** 9/9
9/11 12/11 13/6
13/20 14/1
**aggressive [7]** 22/6
40/1 40/2 40/7 40/8
40/12 40/18
**aggressor [2]** 31/16
31/17
**agree [3]** 10/9
16/21 25/21
**agreeing [1]** 16/25
**agreement [4]** 3/14
54/12 54/13 54/21
**ahead [1]** 32/3
**aimed [3]** 32/17
32/21 33/2
**air [2]** 9/19 28/19
**allegations [1]**
10/24
**allegedly [1]** 13/21
**alleges [1]** 11/2

**allows [2]** 18/22
18/24
**almost [1]** 12/15
**along [4]** 2/7 44/16
49/25 50/2
**although [1]** 25/20
**amateur [1]** 28/15
**AMERICA [2]** 1/3 2/3
**American [2]** 41/3
41/6
**among [1]** 8/14
**amongst [1]** 45/16
**amount [2]** 53/11
53/18
**amplifying [1]** 13/7
**analysis [1]** 31/14
**and/or [1]** 7/16
**angle [2]** 30/24
31/12
**animated [1]** 45/6
**apologize [1]** 32/2
**appeal [8]** 54/7
54/11 54/14 54/21
54/23 54/24 54/25
55/1
**Appeals [1]** 54/17
**appearances [2]**
1/12 52/9
**applicable [1]** 7/11
**apply [2]** 7/13 55/1
**appointed [1]** 55/2
**appreciate [3]**
16/20 42/10 45/19
**approach [2]** 2/4
9/2
**approached [1]**
47/15
**appropriate [1]**
54/1
**approved [1]** 54/2
**approving [1]** 52/16
**approximately [1]**
38/18
**April [1]** 1/5
**Architect [2]** 53/11
53/15
**architecture [1]**
50/5
**area [2]** 20/4 31/7
**areas [2]** 19/20
52/25
**argued [1]** 10/14
**arm [3]** 31/6 31/7
33/13
**around [18]** 11/7
11/8 15/1 17/25
23/13 24/2 24/8
27/6 30/2 31/7
28/24 33/14 33/14
34/15 36/7 41/17
47/8 48/17
**arrested [1]** 31/13
**aside [1]** 10/24
**assaulted [1]** 28/14
**assaulting [1]** 34/9
**assaults [2]** 9/4
13/22
**assessed [1]** 46/21
**assessment [1]** 51/6
**assist [1]** 30/8

**A**

assistance [3]   6/25
41/9 41/11
assisted [1]   41/2
assisting [2]   40/24
41/13
assuming [1]   12/13
attack [3]   23/17
28/5 33/7
attacked [1]   14/1
attackers [2]   35/10
39/21
attacking [3]   14/10
31/3 32/12
attacks [3]   27/21
28/4 28/8
attempt [2]   39/11
39/20
attempting [3]   26/7
27/25 43/7
attend [1]   21/1
attending [1]   19/21
attention [1]   45/12
attitude [1]   44/10
attorney [2]   5/3
52/9
attorney's [4]   5/15
16/3 16/5 52/22
audience [2]   16/16
19/7
audio [4]   13/9
13/11 33/24 33/25
AUSA [1]   22/9
authorization [1]
39/17
authorize [1]   52/20
authorized [2]   42/6
46/7
authorizes [1]   53/2
authorizing [1]
51/21
available [3]   8/16
16/4 49/20
Avenue [4]   1/15
1/24 20/23 53/20
avoid [1]   8/13
away [6]   9/17 13/21
20/10 24/23 40/10
48/3

**B**

back [22]   20/16
25/21 26/15 27/4
33/15 34/23 34/25
36/2 36/5 36/16
37/10 37/18 37/19
37/21 38/22 39/10
39/10 40/6 40/6
40/6 47/1 53/7
background [2]   3/15
9/22
bad [4]   24/16 24/16
37/14 39/7
bag [1]   48/8
balance [2]   50/21
53/13
Bankruptcy [1]   1/23
based [3]   7/22
11/13 14/21

basic [1]   51/11
basis [1]   19/16
baton [2]   40/12
40/14
bear [1]   18/24
beast [1]   23/14
become [1]   15/24
becoming [1]   29/16
beforehand [1]
11/14
began [1]   21/8
begin [1]   9/15
behavior [3]   14/17
33/4 49/1
behind [8]   33/8
33/8 33/19 34/11
35/24 36/19 42/17
49/10
benchmark [1]   50/24
benign [1]   44/19
best [5]   14/9 43/8
45/15 48/13 48/24
Beth [1]   16/17
bicker [1]   24/14
big [2]   19/6 36/4
bit [11]   10/16 15/1
20/21 21/20 21/24
22/5 23/7 23/11
26/6 31/22 45/2
blacking [1]   41/8
blame [3]   43/6
43/11 49/14
blessed [2]   44/4
47/8
block [1]   34/9
blocking [3]   33/1
40/9 40/10
blocks [2]   32/17
32/20
bodily [1]   23/4
body [3]   31/2 33/19
39/21
body-worn [1]   39/21
bond [2]   55/15
55/18
borrowed [1]   13/7
both [6]   2/8 2/13
9/9 12/12 22/23
33/17
bottle [2]   35/13
35/18
bottom [2]   38/5
38/25
bought [1]   11/15
bounded [1]   20/23
BRADY [3]   1/14 2/7
19/5
brave [1]   13/24
breach [3]   10/6
10/7 11/25
breached [2]   12/3
12/4
break [6]   20/13
21/4 30/13 41/9
41/18 43/4
breaking [2]   21/9
21/19
BRIAN [2]   1/14 2/7
brief [9]   15/8
15/10 15/14 15/16

15/24 19/10 21/17
24/4 41/1
bringing [1]   25/24
Brittany [1]   16/17
Brittany's [1]
17/20
brother [1]   17/21
brought [1]   21/25
brown [2]   18/23
18/24
BRUCE [2]   1/17 2/11
building [38]   2/19
9/24 10/6 10/8
10/13 10/23 11/20
12/1 12/2 12/5
12/13 12/14 13/18
19/11 19/22 20/3
20/3 21/5 21/9
29/21 30/20 31/9
33/10 37/20 37/25
38/10 38/11 38/13
38/19 46/12 48/20
48/24 48/25 49/1
50/11 50/12 50/13
53/17
built [1]   17/25
bumped [1]   39/9
busy [2]   30/19
30/21
buying [1]   47/17

**C**

calculates [1]   5/12
call [1]   40/1
called [2]   20/22
41/2
calling [2]   13/24
26/18
calm [1]   41/18
calms [1]   40/5
came [3]   22/15 23/9
45/7
camera [3]   30/24
31/21 39/21
can [33]   4/19 4/21
7/1 8/21 8/21 12/19
14/6 15/20 16/4
19/5 19/7 21/22
21/24 22/5 22/8
24/14 24/24 26/14
29/13 34/4 35/7
36/14 37/19 39/5
44/12 44/15 45/6
45/14 46/15 47/7
54/7 54/16 55/16
candid [1]   45/4
cane [1]   41/17
Capitol [34]   2/19
9/8 9/14 9/24 10/6
12/24 13/8 13/24
19/11 19/13 19/21
19/22 19/25 20/2
20/3 20/13 21/5
21/9 22/15 23/17
30/20 31/9 31/21
33/3 33/10 37/24
38/21 39/16 41/2
43/5 43/8 48/20
53/12 53/16
capture [1]   30/24

cared [1]   17/20
carrying [1]   16/13
case [22]   4/5 4/17
5/10 5/17 5/25 6/25
7/13 8/24 9/9 18/7
43/16 46/22 46/24
48/14 50/4 50/5
50/9 50/18 50/19
50/21 53/3 53/5
cases [5]   16/14
25/24 46/25 50/4
50/6
catch [1]   18/2
Caucasian [1]   41/4
causing [1]   30/13
CCTV [1]   13/11
center [1]   28/25
certain [2]   25/9
35/5
certainly [8]   17/10
18/10 18/16 29/23
43/19 47/14 49/4
49/11
certify [1]   56/4
challenge [1]   54/19
chamber [1]   12/4
change [3]   5/18
53/22 53/23
chant [2]   44/17
44/21
chaos [4]   9/13 9/20
50/16 50/17
chaotic [4]   10/1
20/21 42/17 45/10
character [1]   49/6
characteristics [3]
8/12 17/17 46/11
characterization [1]
4/25
characterized [1]
4/16
charged [1]   18/12
chemical [2]   9/19
28/19
cherishes [1]   16/15
Chief [1]   53/16
chilling [1]   47/7
chokehold [2]   12/14
33/9
church [3]   25/15
43/15 44/4
circled [1]   31/7
circumstances [3]
8/11 17/22 54/10
claim [1]   42/19
claiming [1]   23/21
class [1]   7/12
clear [18]   6/9 6/11
10/2 10/17 10/23
11/18 11/21 13/16
15/3 19/24 21/1
34/17 35/3 37/23
42/15 42/22 43/3
45/1
cleared [1]   6/19
Clerk [3]   53/14
53/19 53/23
client [2]   30/13
42/10
clip [1]   38/17

**C**

close [1]  31/14
closely [1]  17/19
closer [1]  9/23
clutching [3]  37/13
38/21 39/8
co [1]  2/7
co-counsel [1]  2/7
coat [3]  18/23
18/24 26/15
cognitive [1]  24/1
Colbath [3]  50/9
50/19 50/22
COLUMBIA [3]  1/1
43/13 53/15
Columbus [1]  31/22
coming [10]  25/23
30/17 31/1 31/7
32/16 36/25 37/21
37/22 38/22 40/7
comment [1]  22/16
comments [1]  22/17
commit [1]  51/14
commitment [1]
43/14
commits [1]  39/14
communicate [1]
21/13
community [7]  18/2
46/12 49/12 49/13
49/22 52/6 52/14
compares [1]  50/7
complaint [1]  31/16
complete [1]  52/13
completed [1]  52/17
completely [1]
34/17
completion [2]
49/21 54/5
comply [1]  8/3
computer [1]  38/14
concede [2]  20/8
34/16
conceding [2]  19/2
25/12
condition [2]  7/19
28/21
conditions [3]  51/8
51/9 51/13
conduct [7]  8/8
8/15 19/4 46/9 47/6
50/23 51/12
confer [2]  7/3 42/9
confinement [1]
49/24
confrontation [1]
41/13
confusion [1]  32/2
Congress [4]  4/2
7/25 11/19 12/9
congresspeople [4]
10/8 11/17 12/2
13/17
connecting [1]  40/7
consequences [1]
44/3
consider [4]  3/5
7/24 8/10 12/11
consideration [2]

considered [1]  32/1
considering [1]
36/13
Constitution [3]
1/24 20/23 53/20
contact [1]  40/4
continually [1]
34/7
continuum [1]  18/16
contributed [1]
49/17
contributes [1]
49/12
control [2]  14/12
53/1
controlled [2]
51/15 51/16
convicted [4]  5/10
5/25 18/17 39/15
conviction [9]  4/17
5/1 5/4 5/6 5/10
5/16 23/2 54/7
54/19
convictions [2]
5/14 6/10
cool [1]  41/24
corner [1]  38/5
cost [2]  54/24 55/1
counsel [11]  2/4
2/5 2/7 3/24 3/24
17/24 20/17 21/11
21/15 45/16 55/2
count [4]  2/18 32/4
38/17 51/5
countries [1]  47/8
country [3]  47/6
47/9 47/11
counts [2]  55/11
55/12
course [9]  12/19
17/13 18/7 18/10
19/9 27/13 30/2
42/11 42/18
court [32]  1/1 1/22
1/23 3/4 3/5 4/8
6/5 16/13 17/24
19/13 20/4 21/16
25/1 43/22 43/23
45/22 51/3 51/19
52/9 52/9 53/2 53/4
53/14 53/14 53/19
53/20 53/23 54/3
54/17 54/25 55/1
56/3
Courtroom [1]  26/4
Courts [1]  1/23
covered [1]  11/12
cr [1]  1/4
create [2]  32/24
33/19
credible [1]  13/1
credit [3]  49/4
50/12 50/20
crime [4]  14/4 14/5
43/25 51/14
crimes [1]  8/8
criminal [10]  1/3
2/2 4/16 5/1 5/12
5/14 5/18 6/10 8/8

44/1
CRM [1]  1/14
crowd [10]  12/16
12/17 12/19 13/2
13/2 18/23 36/4
36/8 36/23 48/22
crowd's [1]  39/2
Crystal [1]  2/14
current [1]  6/21
custody [4]  17/6
17/9 17/24 43/19

**D**

D.C [3]  11/16 53/17
53/21
dabbing [2]  36/21
39/9
dangerous [2]  12/1
52/25
date [2]  50/6 56/10
day [37]  8/25 11/14
13/22 19/4 22/22
24/3 25/2 25/16
26/3 26/19 27/15
42/16 43/3 44/1
44/11 47/3 47/10
47/13 47/15 47/18
47/25 48/7 48/7
48/8 48/10 48/13
48/15 48/21 48/22
49/2 49/3 49/5
49/15 49/17 49/18
50/21 50/23
days [13]  7/19
11/15 17/2 17/4
49/20 50/2 50/10
51/17 51/24 52/12
53/22 54/22 54/22
dazed [1]  37/7
DC [4]  1/5 1/15
1/18 1/25
de [1]  48/11
de-escalate [1]
48/11
deal [1]  14/20
dealing [1]  42/15
decided [2]  9/22
11/14
decision [2]  3/13
9/10
deepening [1]  43/14
deeply [3]  42/7
48/4 49/17
defect [1]  54/9
defend [1]  20/11
defendant [11]  1/7
1/17 2/12 2/17 6/9
8/9 8/12 11/25
46/17 50/10 54/12
defendant's [1]
54/5
defendants [2]  8/14
18/17
defending [1]  16/14
defense [11]  2/23
2/25 2/25 9/16 10/9
10/14 11/2 11/5
49/23 55/14 55/17
definitely [1]  17/9
deflect [1]  30/17

deflecting [3]  31/1
31/8 31/17
deflects [1]  30/22
deleted [1]  24/19
democracy [2]  16/14
47/9
democratic [1]
48/18
demonstrate [1]
11/20
demonstrating [4]
2/19 18/18 39/15
46/2
denial [5]  23/8
24/3 24/16 24/17
25/10
denied [2]  9/7 14/6
Dennis [1]  16/17
deny [3]  14/4 25/21
26/21
denying [3]  49/15
49/16 49/16
Department [1]
16/11
deployed [1]  12/5
Deputy [1]  26/5
described [3]  41/1
41/7 41/7
describes [1]  41/22
desire [3]  42/1
48/11 48/17
despite [1]  16/10
destructive [1]
52/25
detention [9]  7/20
17/3 17/5 17/7 17/8
17/10 50/2 50/10
52/11
determined [1]
51/19
deterrence [1]  8/7
developing [1]  33/4
device [1]  13/7
devices [1]  52/25
difference [2]  4/24
12/8
differences [1]
25/19
different [5]  5/13
11/2 25/14 25/14
41/5
difficult [5]  8/24
9/1 10/11 10/14
17/22
difficulty [1]  24/8
diffuse [5]  20/7
20/9 29/7 29/25
43/5
direct [3]  5/23
15/17 16/5
directed [1]  49/5
directing [1]  39/25
direction [2]  39/10
45/9
directionally [1]
25/20
directory [1]  32/1
disagreement [4]
3/16 3/16 4/11 6/14
disagreements [2]

**D**

disagreements... [2] 3/17 3/22
disapprove [1] 44/5
disapproved [1] 44/8
disbursement [1] 53/15
disclosure [2] 7/21 52/18
discovery [1] 18/13
discrete [1] 19/20
discretion [1] 52/1
discretionary [1] 51/9
discussion [2] 42/13 45/7
disengage [1] 35/4
disengaged [1] 38/19
disengaging [1] 37/8
dismiss [1] 55/11
dismissed [4] 5/2 5/17 5/25 21/11
disparities [1] 8/13
disruptive [1] 49/1
dissidence [1] 24/1
dissipates [1] 12/18
distance [1] 37/20
distress [3] 26/8 30/9 41/7
district [13] 1/1 1/1 1/10 1/23 5/3 5/15 43/13 53/3 53/4 53/14 53/15 53/20 54/2
divided [1] 12/9
divisive [2] 24/23 43/12
divisiveness [1] 47/25
docket [2] 15/14 15/16
documentation [1] 6/5
documents [1] 15/2
DOJ [1] 1/14
DOJ-CRM [1] 1/14
done [2] 23/13 24/8
door [17] 12/16 26/15 28/24 32/4 32/8 32/10 36/2 36/3 36/5 36/8 36/14 37/11 37/22 39/1 39/2 39/5 45/7
doors [15] 10/7 10/17 10/18 10/20 10/21 11/7 26/9 26/10 27/17 27/18 28/13 29/18 31/22 33/11 38/22
down [8] 19/21 20/5 22/12 28/16 30/17 40/5 40/21 41/24
dozen [2] 9/16 18/1
dozens [2] 12/23

13/3
Dr. [2] 8/25 47/14
Dr. Jekyll [2] 8/25 47/14
draft [1] 6/19
dragged [4] 10/13 12/14 31/9 31/18
drags [1] 33/9
dramatic [2] 27/1 45/3
dressed [1] 22/12
drive [1] 31/23
drug [2] 51/17 51/18
during [16] 3/1 6/19 7/21 10/7 11/11 12/2 12/9 12/24 13/4 13/12 22/25 23/1 25/2 28/21 29/3 29/10
dwell [2] 24/25 25/1

**E**

e-mails [1] 22/11
earlier [3] 26/17 49/8 49/8
early [2] 26/6 26/18
easier [2] 28/17 53/7
easily [1] 42/24
East [1] 20/23
edited [7] 12/22 18/21 27/18 28/16 31/20 37/5 37/16
editing [1] 18/22
education [1] 52/7
effect [1] 44/24
effectively [1] 34/9
effects [1] 35/21
efforts [1] 50/20
either [2] 21/16 38/23
elbow [1] 40/9
election [4] 11/19 47/5 47/19 47/21
else [9] 3/25 31/18 34/22 44/19 45/21 45/22 45/23 55/8 55/21
emphasize [1] 14/17
employment [1] 52/7
end [7] 4/25 5/5 5/11 5/17 14/14 18/15 28/1
endangered [1] 9/5
enforceable [1] 54/15
enforcement [1] 18/8
engage [3] 11/21 22/21 43/7
engaged [2] 8/25 47/6
engaging [1] 9/5
enormous [1] 16/13
enough [1] 7/3
entered [2] 54/13

54/19
entire [1] 13/1
entirely [1] 48/9
entirety [1] 23/20
entitled [1] 56/5
entrance [1] 31/21
entry [1] 54/22
episode [5] 26/7 26/19 27/25 39/19 40/25
error [2] 43/16 44/10
escalate [1] 48/11
especially [2] 14/6 36/13
establish [1] 51/11
evacuate [1] 12/5
even [11] 5/13 9/24 11/20 12/13 12/18 14/4 32/1 37/2 41/9 44/4 45/16
event [2] 24/21 34/5
events [10] 8/24 23/1 23/1 23/10 27/14 28/22 45/3 45/10 47/3 49/17
eventually [2] 12/18 13/3
everyone [1] 22/5
everything's [1] 41/24
evidence [9] 19/25 20/1 29/8 29/9 29/14 47/20 48/12 48/14 48/21
exact [3] 13/9 34/4 34/6
exactly [2] 15/20 45/17
example [1] 17/19
except [2] 47/21 52/7
excepting [1] 46/4
excessive [1] 43/18
exclaiming [1] 34/2
excuse [1] 24/22
execute [1] 54/3
exhibit [5] 11/6 12/20 15/22 16/2 19/19
Exhibit 7 [1] 12/20
Exhibit J [3] 11/6 15/22 16/2
exhibits [2] 15/8 15/21
exit [2] 36/6 37/1
exonerate [2] 55/15 55/18
expectations [1] 51/11
expires [1] 53/2
explained [1] 6/1
explanation [1] 12/16
expressing [1] 49/18
extent [2] 46/4 54/20
extraordinary [3]

25/2 26/3 47/2
extremely [2] 45/10 48/6
eyes [3] 35/7 36/21 39/9

**F**

face [3] 14/21 35/14 35/19
fact [14] 5/2 7/9 9/12 13/6 23/13 24/8 24/13 24/15 25/12 29/10 46/4 46/6 49/14 50/13
factor [3] 12/11 13/20 14/1
factors [7] 4/2 7/11 7/24 8/19 9/10 9/12 46/22
facts [6] 3/15 3/22 7/8 19/3 45/25 46/21
factual [3] 4/11 6/14 7/23
fair [3] 4/2 25/4 50/24
fairly [1] 45/6
faith [1] 45/16
family [7] 17/19 18/1 23/18 25/15 43/15 44/8 46/12
fanning [2] 24/2 26/2
far [8] 3/4 18/7 18/15 19/20 24/23 25/13 31/16 38/5
fashion [2] 4/1 47/15
fast [2] 26/13 31/14
FBI [1] 16/12
feather [3] 21/13 22/1 22/5
feathered [2] 11/17 22/4
feathering [3] 21/11 21/21 21/22
February [1] 4/8
February 27th [1] 4/8
fed [2] 50/16 50/17
federal [1] 51/14
feeding [5] 23/14 23/14 47/17 47/18 48/22
feeling [2] 35/21 36/20
fell [1] 18/2
fellow [2] 41/3 41/9
fend [2] 9/3 40/13
few [4] 12/23 38/18 39/4 39/8
fierce [1] 28/4
figure [8] 9/2 21/12 21/14 21/25 22/3 22/6 22/8 53/7
file [3] 15/14 15/15 54/25
filed [3] 4/8 5/3

**F**

filed... [1]   54/22
files [1]   31/24
filing [1]   54/23
final [3]   4/1 4/7
13/20
finally [2]   13/19
18/4
financial [8]   7/20
52/18 52/20 52/21
52/22 53/16 53/18
53/24
find [6]   13/6 13/9
21/22 21/24 22/5
53/5
finding [3]   23/12
24/1 31/15
findings [1]   7/9
fine [6]   3/2 7/16
7/20 49/25 50/3
53/10
fire [3]   22/19
22/24 23/3
firearms [3]   7/21
52/24 52/24
first [10]   3/19 9/6
9/11 16/15 17/16
20/24 26/6 32/17
33/5 38/10
fits [1]   50/5
five [4]   7/16 15/23
16/2 50/11
flagpole [6]   30/17
30/22 31/3 32/17
32/21 33/2
flagpoles [4]   28/4
31/1 31/8 31/17
flames [3]   23/14
24/3 26/2
floor [1]   12/3
focus [2]   17/12
24/11
folks [1]   22/3
follow [3]   18/22
29/15 51/24
followed [1]   24/12
following [2]   51/8
52/5
follows [1]   53/15
footage [2]   39/21
41/10
For the Defendant [1]
1/17
forces [1]   12/8
forcible [1]   32/8
Ford [1]   53/16
foregoing [1]   56/4
form [3]   34/15
51/22 52/4
forth [3]   4/11 7/8
7/23
forward [2]   36/7
37/17
forwarded [1]   26/13
found [2]   8/14
31/14
four [9]   12/22
12/23 15/23 16/2
31/20 31/25 32/1

38/15 51/5
frame [1]   29/1
framework [1]   50/6
frankly [4]   19/14
20/20 20/24 21/16
free [2]   12/8 30/21
frequency [1]   52/2
friends [4]   9/23
18/1 23/18 25/15
front [5]   10/17
10/22 20/23 27/10
32/13
full [2]   44/1 53/24
fully [1]   6/24
function [1]   43/8
fundamental [1]
54/9
fundamentally [2]
47/6 48/15
further [3]   27/16
41/19 46/18
future [1]   8/8

**G**

gas [2]   9/19 23/3
gasoline [2]   22/19
22/24
Gatorade [1]   35/13
gave [1]   13/8
gear [1]   9/15
general [2]   26/19
33/22
generally [2]   49/7
54/15
generous [1]   11/4
genuinely [1]   11/19
gets [2]   39/9 39/19
gist [1]   24/20
given [1]   50/23
God [1]   20/22
goes [9]   17/18
19/10 26/25 27/16
33/15 34/5 34/5
36/10 39/6
goggles [1]   18/24
good [11]   2/8 2/9
2/10 2/11 2/13 2/14
25/13 38/23 42/2
45/16 55/23
GoPro [1]   13/7
government [24]
1/13 2/5 2/23 3/23
4/10 8/17 8/18 9/2
9/10 12/10 15/3
19/2 23/7 25/19
29/19 31/13 31/15
31/25 42/19 49/20
50/8 54/23 55/9
55/11
government's [2]
17/11 25/23
GPS [2]   52/2 52/3
grabbed [1]   42/5
grabs [1]   39/15
grand [1]   46/2
grandmother [1]
17/20
grant [1]   15/14
granted [2]   55/13
55/21

granting [1]   46/6
gravity [1]   25/22
greater [2]   8/2
17/14
gripping [1]   40/12
grounds [1]   19/13
group [2]   20/22
47/4
groups [1]   20/20
grow [1]   44/6
guess [2]   20/11
22/15
guidelines [2]   7/13
8/10
guilty [8]   2/18
7/12 7/14 8/15 43/1
43/25 54/8 54/10
guy [3]   28/25 41/21
41/23
guy's [1]   30/5

**H**

H2 [1]   53/17
H2-205B [1]   53/17
half [2]   12/15
18/17
hallway [1]   13/5
hand [10]   9/2 9/4
30/16 31/6 40/2
40/11 40/12 40/13
40/18 40/18
hands [1]   29/11
happen [2]   14/16
23/20
happened [10]   9/8
14/4 23/15 23/20
24/3 25/22 47/18
47/25 48/7 49/14
happening [2]   33/24
36/21
happy [1]   25/3
harassed [2]   14/6
14/15
harassment [1]
14/20
hard [5]   16/12
23/12 24/1 45/10
45/14
hat [3]   18/23 33/8
35/8
head [11]   23/13
24/1 24/8 26/16
35/22 35/25 36/21
37/13 38/20 38/21
39/8
heading [1]   37/7
health [1]   52/8
hear [4]   3/23 3/24
3/25 45/11
heard [2]   8/18
16/11
hearing [4]   3/1 5/4
30/11 30/12
heart [2]   42/15
43/2
hectic [1]   12/1
helmet [2]   18/23
30/13
help [20]   10/2
11/11 17/21 20/7

26/5 26/7 26/16
26/18 27/25 29/5
29/12 29/15 33/23
34/3 34/4 34/14
39/20 40/19 41/2
46/14
helped [6]   9/3
10/19 18/2 25/16
43/15 44/10
helpful [1]   27/15
helping [9]   10/22
10/25 11/3 13/20
13/21 26/25 40/21
40/25 44/6
Here's [1]   37/10
hereby [1]   51/4
herein [1]   51/23
highly [1]   49/11
himself [8]   16/10
23/5 23/19 24/24
39/2 39/25 40/15
46/5
history [10]   4/16
5/1 5/12 5/18 8/11
17/17 46/10 47/3
47/9 47/11
hit [2]   35/24 42/16
holding [4]   35/22
35/25 36/20 38/20
home [10]   7/19 17/2
17/5 17/7 17/8
17/10 49/24 50/2
50/10 52/11
honestly [1]   44/14
Honor [87]
HONORABLE [1]   1/10
HOOK [3]   1/22 56/3
56/10
horrifying [1]   47/2
hour [1]   12/15
hours [3]   49/22
52/13 52/17
house [5]   12/3 12/5
44/23 44/23 53/17
housekeeping [1]
15/1
huge [3]   12/16
36/23 39/2
hundred [1]   20/24
hung [1]   21/15
hurt [6]   13/16
14/14 22/15 25/5
25/6 37/7
hybrid [1]   52/3
Hyde [2]   9/1 47/14
hyperbole [1]   21/14

**I**

iceberg [1]   36/14
identity [1]   41/5
immediate [1]   23/9
immediately [1]
53/19
important [4]   3/12
13/15 14/18 47/1
impose [5]   4/4 7/18
8/1 17/24 50/25
imposed [5]   8/4
8/13 50/9 51/11
54/20

**I**

imposition [1]
53/10
incarceration [2]
49/21 49/24
incident [1]   42/25
incidents [1]   49/7
inciting [1]   22/18
include [4]   6/6 6/7
8/4 51/13
included [2]   6/2
6/3
includes [1]   15/16
including [4]   24/23
25/24 52/2 54/1
incorrect [1]   25/7
indicated [2]   5/16
51/23
indication [1]
22/22
individual [3]   32/7
39/24 40/19
inflammatory [1]
24/5
information [7]   6/3
6/3 6/4 52/18 52/20
52/21 52/22
initial [3]   10/5
11/25 48/5
Initially [1]   9/12
injury [2]   23/4
30/22
insensitivity [1]
22/18
inside [15]   12/15
13/14 13/17 19/22
19/25 20/3 28/24
29/21 30/20 31/9
31/21 31/21 32/5
42/5 48/20
instance [1]   5/9
instances [1]   11/2
instinct [2]   18/5
18/9
instrumental [1]
44/6
insurrection [1]
19/14
intended [1]   34/20
intending [1]   19/24
intent [2]   21/13
22/11
intention [2]   22/20
22/21
intentioned [1]
46/4
interest [1]   53/12
interfere [1]   42/21
interfering [1]
40/13
intervene [2]   40/2
42/2
interviewed [1]
41/6
into [20]   12/14
19/10 20/13 21/5
21/9 27/16 28/20
32/4 33/3 33/9 37/8
38/21 39/16 43/4

47/17 48/23 50/5
50/15 50/17 54/13
investigated [1]
18/13
investigation [2]
18/14 53/25
involuntary [1]
54/8
involved [5]   20/6
20/7 39/20 40/4
45/6
involvement [2]
21/8 42/7
irrelevant [1]
10/16
irritant [2]   9/19
28/19
issued [1]   19/20
issues [1]   13/15

**J**

jail [5]   16/22
17/11 18/18 43/19
46/16
jam [1]   39/6
January [8]   14/15
16/14 18/3 18/16
23/8 25/22 43/13
46/2
JEFF [3]   1/22 56/3
56/10
Jekyll [2]   8/25
47/14
job [1]   34/18
join [1]   10/4
joined [1]   49/2
joining [2]   9/5
9/25
joins [1]   38/9
jostled [1]   42/16
judge [2]   1/10 53/8
judgment [2]   51/3
54/22
jumped [1]   17/21
jurisdiction [1]
53/5
Justice [1]   16/12

**K**

keep [4]   29/16
30/21 36/11 40/10
key [1]   40/11
kind [3]   32/6 35/13
46/15
knocking [1]   34/22
known [1]   31/12
knows [1]   34/1

**L**

lack [2]   14/4 14/19
large [4]   36/8 46/3
47/4 47/4
largely [4]   24/14
24/15 25/5 25/9
last [7]   4/4 12/23
14/18 32/18 40/23
40/25 41/12
later [9]   13/22
27/25 28/9 28/20
32/6 32/7 37/17

37/18 40/17
law [5]   8/6 16/15
18/8 46/15 49/16
lawyer [2]   6/25 7/4
leader [2]   32/6
35/13
leading [1]   32/7
leaf [1]   46/14
learn [1]   44/6
least [6]   9/3 13/21
22/17 22/19 31/23
51/18
leave [18]   9/22
10/3 12/17 12/25
29/5 29/13 35/4
36/23 37/20 38/9
38/10 38/13 38/23
39/4 39/11 42/22
45/14 50/13
leaves [1]   12/18
leaving [3]   13/3
34/18 38/11
led [4]   9/10 42/24
42/25 43/13
left [6]   13/4 18/7
31/6 33/18 42/4
43/8
length [1]   12/12
less [1]   50/22
letter [1]   41/22
letters [4]   2/4
17/17 18/4 49/10
level [2]   23/8
47/14
life [3]   18/10 30/6
49/10
light [2]   4/2 46/22
lines [1]   44/16
list [1]   31/23
little [11]   3/12
10/16 15/1 21/20
21/24 22/5 23/11
23/24 23/24 23/25
24/7
lived [2]   24/11
24/12
load [1]   16/13
local [1]   51/14
location [8]   7/19
10/6 50/2 51/22
51/24 51/25 51/25
52/4
longer [1]   50/12
look [10]   19/3
30/17 31/11 36/3
36/18 39/7 40/9
45/9 47/7 47/10
looked [2]   10/12
37/1
looking [13]   8/24
11/5 12/15 22/15
27/20 27/24 29/20
36/22 39/3 39/3
39/24 43/3 48/13
looks [6]   34/2
34/24 36/2 36/5
36/22 41/17
lot [6]   13/12 14/6
18/21 19/2 27/1
50/3

luck [1]   55/23
Lustig [2]   2/15
5/22
lying [1]   14/14

**M**

mad [1]   11/19
mails [1]   22/11
main [1]   16/9
makes [3]   23/7 35/3
40/4
making [4]   13/13
16/20 23/17 23/24
malintent [1]   42/20
man [6]   17/18 17/25
18/4 18/9 18/15
32/11
mandatory [2]   51/8
51/13
manner [1]   25/2
many [2]   22/12
46/13
MARK [4]   1/6 2/3
2/18 51/3
marriage [1]   17/23
mask [2]   4/21 8/22
material [1]   15/17
materials [5]   2/24
3/1 3/4 4/11 7/23
matter [4]   4/25
22/2 24/15 56/5
matters [5]   5/5
6/19 17/23 48/1
48/2
maximum [1]   7/15
may [11]   2/25 3/12
4/24 22/19 24/4
47/22 52/21 53/12
54/12 54/24 55/1
maybe [2]   11/4
23/24
mean [6]   11/8 11/11
24/4 24/15 29/8
48/16
meantime [1]   12/19
media [8]   9/8 13/19
14/13 22/10 22/23
23/19 24/20 25/21
medical [1]   52/8
members [5]   12/4
12/6 12/7 12/10
16/4
memo [1]   13/10
memoranda [1]   2/23
memorandum [1]   50/9
mental [1]   52/8
mentality [1]   41/14
mentioned [1]   7/25
merely [1]   49/15
mic [1]   42/5
microphone [9]   4/18
7/1 39/16 42/25
44/13 46/8 48/22
50/15 55/16
midst [1]   50/16
might [1]   21/3
mind [1]   29/17
minor [3]   5/15 46/2
46/10
minute [6]   11/10

**M**

minute... [5]   13/8
32/3 36/12 38/17
50/15
minutes [15]   11/4
11/9 11/12 11/12
12/23 29/3 29/4
29/9 29/10 34/6
37/22 38/18 39/4
39/8 50/11
mischaracterization [1]
47/24
misdemeanor [2]
7/13 23/2
misguided [1]   20/8
misinformation [2]
14/8 14/21
mitigating [2]   9/9
19/4
mixed [2]   47/15
48/8
mob [8]   9/5 10/1
10/4 11/25 12/7
19/11 29/3 32/5
modification [1]
53/6
moment [4]   36/16
42/9 42/18 47/1
Momentarily [1]
40/4
moments [1]   18/25
Monday [1]   15/18
monitor [1]   52/5
monitored [1]   51/22
monitoring [10]
7/19 50/2 51/23
51/25 51/25 52/1
52/2 52/2 52/3 52/4
monitoring/home [2]
7/19 50/2
months [10]   7/15
7/18 16/23 17/2
43/19 49/21 49/24
50/1 51/4 52/14
more [11]   13/21
21/20 21/24 22/6
23/11 27/1 29/16
34/9 37/4 49/6
50/19
morning [7]   2/8 2/9
2/10 2/11 2/13 2/14
2/17
MOSS [1]   1/10
most [4]   10/3 12/1
13/15 18/11
motion [6]   15/3
15/15 19/1 55/8
55/13 55/21
motivation [1]
34/19
move [9]   5/19 15/7
28/8 37/17 37/24
40/6 40/6 40/6
55/11
Moved [1]   28/12
movement [1]   52/5
movements [1]   40/15
moves [2]   55/14
55/17

moving [4]   28/13
38/9 40/8 42/23
Mr. [45]   3/8 3/10
4/14 6/4 6/24 7/12
8/25 9/1 9/14 9/22
10/5 12/7 12/13
12/24 13/22 14/24
16/10 18/12 19/4
19/5 19/10 19/21
20/25 21/8 26/14
27/4 27/6 27/8
31/13 31/16 42/20
43/21 45/21 46/23
47/12 47/14 47/22
48/14 49/6 49/10
49/14 50/11 50/20
50/23 55/6
Mr. Brady [1]   19/5
Mr. Hyde [2]   9/1
47/14
Mr. Searby [5]   3/8
4/14 14/24 45/21
55/6
Mr. Weibling [30]
3/10 6/24 7/12 8/25
9/14 9/22 10/5 12/7
12/13 12/24 13/22
16/10 18/12 19/10
19/21 20/25 27/6
27/8 31/13 31/16
42/20 43/21 46/23
47/12 47/22 48/14
49/10 49/14 50/11
50/20
Mr. Weibling's [7]
6/4 19/4 21/8 26/14
27/4 49/6 50/23
Ms. [10]   3/6 4/10
5/22 8/17 19/23
19/23 21/9 46/19
55/4 55/19
Ms. Lustig [1]   5/22
Ms. Watson [8]   3/6
4/10 8/17 19/23
21/9 46/19 55/4
55/19
Ms. Watson's [1]
19/23
much [8]   14/8 23/7
23/23 24/25 25/19
37/18 44/8 48/1
multiple [2]   14/11
30/25
must [10]   8/10
51/13 51/14 51/15
51/16 51/19 51/24
52/16 52/18 54/21
myself [2]   23/24
44/3

**N**

name [1]   2/4
namely [1]   46/1
narrative [3]   9/25
47/17 47/18
nation [2]   20/22
47/4
nature [3]   8/11
46/1 46/25
NCIC [1]   6/4

NE [1]   20/24
near [1]   24/5
necessary [3]   8/3
17/10 17/14
neck [3]   31/7 31/18
33/14
need [8]   3/16 3/17
4/18 8/4 8/12 8/13
45/13 53/6
needed [2]   10/3
12/10
needing [1]   41/8
needle [1]   5/19
net [1]   18/1
new [3]   15/14 15/15
46/14
news [1]   47/8
next [11]   12/12
27/16 28/10 28/15
30/9 36/12 37/4
37/21 38/12 39/1
39/18
nobody [1]   34/7
Nobody's [1]   38/2
none [1]   5/14
nonetheless [2]
17/12 26/22
nonviolent [1]   12/7
note [1]   5/10
noted [2]   6/5 55/4
notes [1]   50/8
notice [2]   54/21
54/23
notices [1]   38/8
notify [1]   53/23
notion [2]   47/18
48/1
number [2]   3/11
5/11
numbering [1]   31/22
NW [4]   1/15 1/18
1/24 53/20

**O**

object [1]   15/4
objected [2]   4/24
4/25
objection [3]   4/10
5/23 55/20
objections [2]   6/21
55/3
obligation [1]
53/24
obligations [2]
52/10 53/18
obvious [3]   19/3
30/9 39/20
obviously [5]   5/19
39/3 39/25 46/4
46/6
occasion [1]   42/20
occurring [2]   48/20
50/17
off [12]   4/21 5/4
8/22 9/3 19/11
25/10 30/13 33/18
36/10 40/13 42/13
42/23
offense [9]   8/5 8/6
8/11 39/14 42/6

43/1 46/1 46/9
46/25
offer [3]   45/22
45/23 46/5
office [19]   2/22
3/21 4/8 6/9 7/17
16/4 16/5 17/1 17/1
50/1 51/9 52/2
52/21 52/23 53/16
53/17 53/25 54/2
54/5
office's [2]   7/4
16/22
officer [57]
officer's [5]   5/20
34/25 35/14 35/19
40/14
officers [33]   9/3
9/6 9/7 9/15 9/21
10/1 10/2 10/25
11/3 11/11 13/16
13/21 13/24 14/10
14/11 14/14 14/14
27/10 27/15 28/1
28/12 28/14 29/16
39/20 40/5 40/24
40/25 41/3 41/9
41/11 42/16 49/5
50/21
offices [1]   12/6
Official [2]   1/23
56/3
once [1]   19/13
one [29]   2/18 5/6
9/2 13/8 14/2 14/3
20/22 25/5 25/5
25/6 25/8 25/24
29/4 29/5 29/10
31/1 33/5 35/9
35/10 39/12 41/5
41/12 42/9 42/17
47/7 47/22 50/18
51/17 55/12
one's [1]   48/1
one-minute [1]   13/8
ones [1]   13/25
only [8]   11/12
14/18 19/13 20/1
38/18 40/24 44/2
50/10
open [5]   10/19
29/18 32/5 32/10
39/2
opened [6]   10/21
11/7 26/9 26/10
28/24 37/23
opening [2]   27/13
32/8
opportunity [1]
38/10
opposed [2]   48/15
49/4
options [1]   51/10
orange [1]   32/11
order [4]   12/5 16/1
53/9 54/3
ordered [5]   51/5
52/9 52/13 53/9
53/10
others [12]   18/15

**O**

others... [11]
22/13 22/18 29/23
35/4 41/17 44/3
48/10 48/12 48/13
48/16 50/23
ought [1]   22/4
out [40]   9/2 11/13
11/16 12/22 12/24
13/16 14/2 14/12
17/18 21/19 22/2
23/16 23/19 23/21
23/23 23/25 24/2
26/16 26/17 26/18
27/1 28/25 29/4
29/12 31/14 31/19
34/14 36/15 36/16
36/22 36/23 37/8
37/24 39/7 41/8
41/8 41/10 42/24
48/24 53/7
outside [2]   13/5
36/4
over [17]   12/19
17/25 18/6 18/19
19/15 20/3 23/9
25/19 30/1 30/2
30/2 35/18 37/21
46/12 46/14 53/1
53/5
overall [2]   50/5
50/17
overwhelming [1]
10/1
own [3]   18/13 21/1
45/2

**P**

p.m [3]   11/7 37/19
38/18
packed [2]   39/5
39/6
pad [1]   27/24
paid [1]   53/24
paperwork [1]   5/2
parading [4]   2/19
18/17 39/15 46/1
paragraph [2]   5/8
5/13
paragraphs [2]   5/9
5/24
parents [1]   16/17
part [14]   4/3 10/5
10/7 11/24 11/24
11/25 12/15 12/22
19/11 19/12 23/20
24/2 51/10 54/12
participant [1]
48/19
participate [1]
20/2
participation [1]
52/15
particular [2]
15/25 46/21
parties [1]   3/3
passing [1]   41/8
past [2]   17/25
46/12

pattern [1]   33/4
pause [1]   18/25
pay [4]   45/12 51/5
53/9 53/10
payable [1]   53/19
peaceful [3]   24/14
25/10 44/18
peacemaker [2]
26/20 26/22
penalties [1]   53/12
Pennsylvania [1]
1/15
people [35]   9/17
9/20 10/3 10/15
12/9 12/23 13/4
13/13 13/17 14/3
14/10 14/15 18/5
19/7 22/2 23/4
23/16 23/21 28/25
30/11 30/12 32/10
36/3 36/7 36/18
36/19 37/24 38/8
38/9 39/5 39/6
41/18 42/22 47/4
47/19
people's [2]   44/23
44/23
pepper [1]   35/22
percent [1]   20/24
period [10]   10/18
11/1 11/10 24/4
24/11 49/23 50/9
50/12 51/23 52/11
periodic [1]   51/18
permission [1]
54/25
permit [2]   19/16
20/22
permits [2]   19/19
20/19
permitted [7]   19/12
19/15 19/22 20/2
20/14 21/2 54/20
person [14]   9/5
31/2 32/5 34/11
35/9 35/12 39/25
40/1 40/3 40/3 40/5
40/7 40/8 46/15
person's [3]   40/12
40/13 40/18
personal [3]   17/16
46/10 47/12
personally [3]
14/11 22/14 22/21
perspective [1]
10/12
persuaded [1]   48/9
phase [1]   6/20
phrase [2]   21/21
21/23
physical [2]   28/21
28/21
picketing [1]   2/19
pictures [1]   13/10
piece [1]   28/9
place [9]   5/13 9/6
24/18 25/14 25/14
26/21 27/21 28/5
49/13
placed [1]   26/13

placement [1]   51/17
Plaintiff [1]   1/4
plane [1]   17/21
play [2]   26/23
28/20
played [49]   26/24
27/7 27/19 27/22
28/2 28/6 28/11
28/18 28/23 30/4
30/7 30/10 30/15
30/18 30/23 31/4
31/10 32/9 32/14
32/19 32/22 32/25
33/6 33/16 34/10
34/12 34/21 35/1
35/6 35/11 35/16
35/20 35/23 36/1
36/9 36/17 36/24
37/3 37/6 37/9
37/12 37/15 38/1
38/4 38/7 41/15
41/20 41/25 48/7
playing [6]   31/24
33/12 36/11 38/14
38/24 39/23
plays [1]   36/6
plea [5]   54/8 54/10
54/12 54/13 54/21
pleaded [3]   2/18
7/12 7/14
pleading [1]   5/16
please [2]   2/4 26/4
PLLC [1]   1/17
podium [1]   2/4
point [20]   5/15
6/16 9/12 14/2
14/18 15/7 25/9
26/1 29/2 29/4
29/10 34/1 35/3
35/5 35/17 36/6
37/1 37/17 38/3
42/23
pointing [1]   39/1
points [1]   5/12
pole [1]   28/5
police [12]   12/8
20/10 28/1 28/14
32/12 40/14 40/14
40/19 41/11 42/15
43/9 49/5
policy [1]   8/10
political [2]   24/23
48/2
politics [1]   43/12
portion [2]   17/23
50/13
portions [1]   9/18
portrayed [1]   31/15
position [3]   14/9
14/12 40/16
positioning [1]
31/2
positive [1]   49/13
possess [1]   51/15
possible [1]   37/2
possibly [1]   14/21
posts [1]   25/5
preapproved [1]
52/10
presence [2]   12/6

46/3
present [1]   54/16
presentence [13]
2/21 3/20 4/6 4/7
4/12 5/11 6/19 7/4
7/8 7/23 51/10
53/25 54/4
pressing [1]   36/7
presumably [1]   34/1
pretty [6]   10/23
11/21 19/3 25/11
28/3 43/3
prevented [1]   9/14
prior [2]   21/11
21/15
prison [1]   7/15
privately [1]   23/18
probation [36]   2/15
2/22 3/21 4/8 5/19
5/20 5/23 6/9 6/11
7/4 7/16 7/17 7/18
16/21 16/23 17/1
17/1 17/2 17/15
43/19 49/8 49/21
49/24 49/25 50/1
51/5 51/9 52/1
52/11 52/14 52/17
52/19 52/21 53/24
54/2 54/5
problem [2]   4/15
29/1 31/23
proceed [2]   3/11
3/17
proceeding [1]   54/9
proceedings [2]
55/24 56/5
process [2]   16/3
48/18
professionals [2]
34/19 42/4
program [3]   51/25
52/15 52/16
promote [2]   8/5 8/9
ProPublica [2]   9/16
11/6
prosecutors [1]
16/12
protect [9]   8/8
29/15 32/16 33/20
34/7 48/10 48/11
48/16 50/20
protected [1]   43/8
protecting [3]   23/4
29/22 48/12
protection [3]
12/10 18/8 34/18
protective [7]   18/5
18/9 32/24 33/4
34/15 35/15 46/6
protest [3]   9/23
24/13 25/10
protester [7]   33/7
34/9 34/14 35/18
41/13 41/13 41/16
protester-on-protester [1]
41/13
protesters [2]   25/6
32/5
protesting [3]   13/8
13/12 13/14

**P**

protests [2]   44/18
48/20
provide [4]   8/6
46/23 52/16 52/19
provides [1]   7/15
provisions [1]   51/2
PSR [1]   6/15
public [6]   8/8 14/7
15/4 15/14 15/16
16/4
pull [1]   7/1
pulled [3]   10/10
32/4 39/4
pulling [1]   33/15
punishment [3]   8/6
16/24 17/13
pure [1]   38/16
purely [1]   7/22
purpose [3]   11/22
40/16 46/16
purposes [3]   7/9
8/3 8/4
Pursuant [2]   51/1
54/18
pushed [2]   33/18
48/23
pushes [1]   33/17
pushing [8]   9/17
9/21 10/1 13/13
34/25 36/18 36/19
40/20
put [3]   15/5 15/6
49/10
puts [2]   29/11 33/9
putting [3]   23/4
40/2 40/15
puzzling [1]   13/19
puzzlingly [1]   9/6

**Q**

quickly [4]   25/11
26/16 33/24 48/3
quite [2]   25/4
47/13
quote [1]   8/2

**R**

radio [1]   52/2
raising [2]   30/16
34/8
rallies [1]   19/20
rally [9]   11/15
19/12 19/15 19/17
19/22 20/2 20/15
20/25 21/2
RANDOLPH [1]   1/10
rather [2]   24/25
26/1
rationale [2]   6/2
6/7
read [6]   17/19
17/20 17/22 17/25
18/4 18/9
readily [1]   50/14
reading [1]   25/5
real [1]   29/1
realized [2]   24/20
25/11

really [8]   16/25
26/3 38/15 38/18
42/23 43/16 45/11
45/16
reason [2]   15/10
22/8 22/20 29/25
reasons [1]   43/17
reassure [1]   41/23
recall [2]   44/14
44/18
received [2]   2/21
41/5
recent [1]   18/11
recognition [1]
52/3
recognize [1]   16/16
recognizes [1]
40/20
recommendation [6]
2/22 3/21 4/7 5/20
7/22 16/22
recommended [4]
7/18 17/2 50/1 51/9
recommending [1]
17/11
record [9]   2/5 4/19
6/5 20/1 22/9 42/13
46/24 55/4 56/5
records [1]   8/14
red [3]   18/23 33/8
35/8
redacted [1]   17/22
redemption [4]
43/11 43/11 43/12
43/14
referred [2]   21/11
49/7
referring [1]   21/21
reflect [2]   8/5
23/8
Reform [1]   51/1
refrain [1]   51/15
regard [1]   6/12
regarded [2]   49/11
49/12
regarding [1]   3/22
regardless [1]   48/2
regrets [1]   25/13
regrettable [1]
49/9
regulations [1]
51/24
rehabilitation [1]
8/9
relative [1]   18/15
relatively [1]
46/10
release [2]   52/20
53/25
relevant [3]   3/14
26/14 46/22
religious [1]   52/7
remaining [2]   15/12
55/11
remarks [3]   16/9
46/8 46/23
remember [2]   45/2
45/13
remorse [4]   14/4
14/19 24/12 49/18

remorseful [2]   48/4
48/6
remotely [1]   37/2
remove [1]   52/24
render [2]   3/13
41/11
renouncing [1]
43/12
repeatedly [1]
35/14
replay [4]   18/25
18/25 28/16 32/23
report [17]   2/21
3/20 4/6 4/7 4/12
5/11 6/3 6/6 6/11
6/19 7/5 7/8 7/23
49/8 51/10 53/25
54/4
reported [1]   19/19
Reporter [3]   1/22
1/23 56/3
representing [1]
2/6
request [3]   3/5
16/23 54/25
requested [3]   49/20
49/23 52/19
required [1]   7/24
residence [2]   52/6
54/2
resolve [2]   3/17
3/22
respect [6]   8/5
8/18 46/24 47/12
49/6 49/19
respectfully [1]
16/23
respects [1]   50/22
response [1]   47/20
responsibility [4]
24/13 44/1 44/2
44/7
responsible [1]
53/8
rest [1]   28/21
restitution [12]
7/17 7/20 16/24
17/15 43/20 49/22
49/25 50/3 51/19
51/21 53/11 53/13
restraining [1]
40/21
restricted [1]   52/6
restriction [2]
7/21 52/24
restrictions [1]
52/5
results [2]   11/18
47/5
return [1]   54/4
reveal [1]   17/18
review [2]   2/25
3/20
reviewed [1]   2/21
rhetoric [5]   24/23
24/24 47/21 47/23
48/3
right [32]   10/22
17/9 24/11 26/15
27/10 27/11 27/11

27/23 28/25 29/1
29/18 30/9 30/16
31/5 32/4 32/6
32/15 33/10 34/8
36/4 36/20 38/5
39/1 39/2 41/21
43/10 43/21 43/22
45/9 54/11 54/12
54/19
rights [1]   54/14
ring [3]   32/6 34/15
35/13
riot [1]   9/15
rioter [1]   40/21
rioters [4]   9/18
13/24 14/11 20/11
rioters' [1]   14/17
rise [1]   47/19
rises [1]   47/13
risk [1]   23/5
role [1]   48/6
Room [2]   1/24 53/17
rose [1]   47/4
Rotunda [14]   10/7
13/5 13/5 13/7
13/13 31/21 37/8
38/21 39/11 39/14
39/16 39/19 42/5
46/7
rule [1]   16/14
rules [2]   3/15
51/24
running [1]   18/10
rushing [3]   28/25
29/18 33/3

**S**

safe [4]   13/18
30/21 36/22 37/2
safety [1]   18/1
same [6]   9/4 9/18
13/22 24/18 34/8
42/1
satisfied [1]   6/25
save [1]   14/11
saw [2]   17/6 41/4
saying [15]   11/16
13/25 23/12 23/16
23/18 23/19 23/25
24/21 30/12 33/21
36/22 40/5 44/13
45/5 45/13
scene [2]   38/20
39/7
scenes [1]   47/10
scheme [1]   46/2
screen [5]   19/6
19/6 36/10 38/6
39/1
screenshot [1]   31/6
screenshots [2]
15/8 15/24
scuffles [1]   21/19
seal [4]   15/2 15/5
15/6 17/23
sealed [1]   15/11
sealing [1]   15/3
SEARBY [9]   1/17
1/17 2/12 3/8 4/14
14/24 45/21 55/6

**S**

SEARBY... [1]   55/13
search [1]   22/12
searching [1]   22/1
Seattle [1]   16/18
second [6]   3/23
10/5 32/20 32/23
33/5 38/17
seconds [1]   40/17
section [7]   2/20
4/3 7/14 8/1 51/2
51/7 54/18
sections [1]   51/20
see he [1]   27/5
seeing [2]   28/7
28/14
seeking [4]   43/10
43/11 43/12 43/14
seem [2]   3/12 13/1
seems [5]   8/25
10/16 10/23 11/13
13/11
sees [2]   21/19 40/3
Senate [3]   12/3
20/4 20/23
sense [7]   46/12
48/13 48/18 48/19
49/2 50/18 50/19
sent [2]   11/13
11/16
sentence [18]   4/1
4/4 7/15 7/18 8/2
8/4 8/7 8/12 8/13
43/18 49/23 50/1
50/6 50/25 54/3
54/11 54/14 54/19
sentenced [1]   51/4
sentences [3]   8/15
49/19 50/7
sentencing [13]   1/9
2/17 2/22 3/10 3/15
3/18 7/10 7/11 8/3
13/10 50/8 51/1
51/10
series [1]   27/14
serious [3]   23/4
30/22 42/19
seriously [1]   14/3
seriousness [2]   8/5
23/8
serves [2]   13/20
46/16
service [2]   49/22
52/14
services [2]   46/6
52/7
set [3]   4/11 7/8
7/23
seven [6]   12/21
15/23 16/2 32/2
38/14 38/15
several [1]   40/17
severe [1]   50/19
shall [6]   51/7
52/24 53/13 53/22
53/25 54/4
SHANAI [2]   1/13 2/6
shape [1]   37/14
share [3]   48/17

48/25 52/21
sheer [3]   9/20
10/15 12/12
shift [1]   29/12
short [2]   24/11
24/12
short-lived [2]
24/11 24/12
shoulder [2]   27/24
34/8
shoved [1]   33/19
show [10]   14/18
25/1 30/3 38/12
39/18 41/12 46/15
48/6 49/2 49/11
showed [2]   33/5
39/12
showing [4]   19/8
25/1 26/19 41/14
shown [2]   29/3 48/5
shows [7]   5/2 12/23
14/3 22/17 26/2
26/6 47/16
side [8]   10/15
10/19 19/13 20/4
31/6 36/13 40/20
46/10
significance [1]
28/17
significant [1]
18/25
signs [1]   9/13
similar [3]   8/14
8/15 50/25
simply [2]   23/12
48/9
singular [1]   47/3
sitting [1]   31/8
situation [10]   9/1
14/7 20/8 20/9
20/21 29/7 29/16
30/1 42/17 44/7
six [3]   7/15 15/23
16/2
slow [2]   19/1 28/16
small [1]   47/22
SmartLink [1]   52/3
social [7]   9/8
13/19 22/10 22/23
23/19 24/19 25/21
somebody [15]   22/15
22/23 24/7 26/2
27/1 30/19 30/21
31/18 35/8 46/11
47/15 48/23 49/3
49/11 49/12
somehow [1]   54/8
someone [5]   9/3
14/9 14/12 30/20
34/22
sometime [1]   39/13
sometimes [1]   53/6
somewhat [2]   44/15
45/18
sorry [6]   6/18 42/7
42/7 44/2 44/9
44/11
sort [5]   9/19 21/20
29/4 29/11 29/12
sound [1]   22/5

Southern [1]   53/4
space [2]   32/24
33/19
sparks [1]   40/6
speak [1]   50/15
speaking [1]   4/22
speaks [1]   39/16
special [2]   7/19
51/6
specified [2]   4/2
7/25
speculate [1]   45/15
speculates [2]
19/23 21/10
speculation [3]
44/16 45/2 45/4
speculative [1]
45/18
speech [7]   13/8
21/12 21/14 21/25
22/3 22/6 22/8
speed [1]   32/3
spent [3]   12/12
12/14 50/3
spins [2]   27/5 27/6
sponsor [1]   20/14
spotlight [1]   37/20
spray [1]   18/24
sprayed [1]   35/22
staff [2]   12/10
13/17
stain [1]   47/10
stairs [1]   11/8
stand [1]   43/25
stands [1]   43/1
start [6]   4/6 8/17
19/9 19/10 28/3
39/10
started [2]   11/7
15/1
starting [2]   2/5
28/9
starts [2]   35/13
40/20
state [3]   2/4 29/17
51/14
statement [3]   5/15
7/7 21/10
statements [3]   8/10
24/6 25/8
STATES [10]   1/1 1/3
1/10 2/3 2/7 52/22
53/3 53/14 53/20
54/1
statute [4]   4/3
7/25 51/21 54/20
stay [1]   29/22
stayed [1]   20/10
step [5]   3/19 3/23
4/1 4/4 47/1
steps [6]   3/11 9/14
9/24 10/25 11/5
12/13
still [11]   10/8
10/22 12/18 19/2
23/21 23/21 37/13
39/2 39/5 44/9 44/9
stolen [2]   47/19
47/21
stood [1]   44/9

stop [2]   13/2 13/3
StopTheSteal [1]
11/15
stories [1]   14/5
straight [2]   5/20
17/14
streaming [1]   12/24
Street [2]   1/18
20/24
stricken [1]   26/16
strike [1]   5/24
strong [2]   18/5
18/9
struggling [2]   32/7
35/17
submit [1]   51/17
submitted [6]   2/24
3/4 9/17 11/5 12/20
18/20
substance [3]   51/15
51/16 52/8
substantial [1]
50/20
successful [1]
39/12
sufficient [3]   8/2
17/13 43/18
sufficiently [1]
45/25
suggest [3]   21/24
22/1 24/5
suggested [1]   25/4
suggesting [4]
21/25 22/11 22/14
22/16
suggests [1]   23/15
Suite [1]   1/18
sum [1]   18/14
supervise [1]   52/15
supervision [7]
7/22 51/7 51/12
51/18 53/2 53/2
54/6
support [3]   16/18
22/9 49/11
supported [1]   43/15
supportive [2]   18/1
44/6
Supreme [2]   19/12
20/4
sure [7]   3/13 4/19
13/16 19/7 20/24
42/11 44/19
surprised [1]   21/16
surveillance [7]
15/4 15/5 15/9
18/21 31/20 37/5
38/16
sustained [1]   11/1
SWAT [1]   12/4
swinging [1]   41/16

**T**

table [1]   20/17
talk [1]   17/16
talking [2]   13/14
41/22
tan [1]   26/15
tar [3]   21/13 22/1
22/4

**T**

tarred [2]   11/17
  22/3
tarring [3]   21/10
  21/21 21/22
technical [1]   3/12
technology [3]
  51/23 52/1 52/4
term [4]   7/21 43/18
  51/4 53/1
termination [1]
  54/6
terms [1]   28/20
terrible [2]   24/21
  25/16
test [1]   51/17
tests [1]   51/18
Texas [2]   53/4 53/8
theme [1]   38/13
theory [3]   29/19
  29/24 54/16
thereafter [1]
  51/18
third [1]   33/1
though [8]   11/20
  22/16 32/1 39/19
  44/4 48/3 48/17
  53/5
thought [2]   20/1
  21/2
three [1]   55/12
threshold [2]   10/14
  33/10
throughout [1]   30/2
throwing [3]   22/19
  22/24 23/3
thumb [1]   31/23
thus [1]   3/4
tickets [1]   11/15
times [5]   12/2 14/6
  30/25 48/25 52/7
tip [1]   36/14
Title [1]   7/14
today [6]   3/1 3/5
  3/10 43/25 45/15
  46/14
today's [1]   7/9
took [1]   18/6
top [1]   9/6
tough [1]   16/10
towards [8]   7/1
  28/8 28/12 28/13
  34/2 37/10 37/22
  39/10
track [12]   9/16
  11/6 12/21 12/22
  12/23 31/20 31/25
  32/1 32/2 38/14
  38/15 38/15
tracks [3]   15/22
  15/25 16/2
tragedy [1]   14/20
transcript [2]   1/9
  56/4
transfer [1]   53/5
transferred [1]
  53/3
treat [1]   6/11
treatment [2]   52/8

  54/3
tries [1]   41/18
trip [1]   16/20
trouble [2]   14/1
  42/24
true [2]   14/13 56/4
truly [2]   47/2 47/2
truth [3]   20/12
  48/1 48/2
try [4]   31/19 36/5
  36/15 37/19
trying [37]   10/23
  20/9 20/25 26/20
  26/21 27/14 29/6
  29/25 30/8 30/20
  30/21 32/16 32/24
  33/7 33/20 33/23
  34/3 34/14 38/13
  38/22 39/4 39/6
  40/1 40/10 40/13
  40/19 41/10 41/17
  41/23 42/20 43/4
  43/4 43/5 45/9
  45/15 50/4 50/13
turbulent [1]   31/14
turn [5]   19/5 25/3
  26/1 46/14 48/17
turned [1]   21/17
turning [2]   7/11
  37/10
turns [5]   29/4
  29/11 34/14 36/7
  38/8
tweet [2]   11/13
  11/16
tweeted [1]   13/23
tweeting [1]   47/16
tweets [5]   22/10
  23/6 25/12 25/20
  48/5
Twitter [1]   13/23
two [12]   9/3 9/16
  11/1 11/4 11/6
  11/12 11/15 13/21
  14/5 24/19 37/22
  51/18
twofold [1]   14/3
types [2]   8/15
  49/19

**U**

U.S [4]   1/23 16/3
  16/5 16/21
U.S.C [7]   2/20 4/3
  8/1 51/2 51/6 51/20
  54/18
ultimately [2]   20/6
  42/21
unable [3]   12/25
  13/9 54/24
uncharitable [1]
  29/20
unclear [1]   20/20
undemocratic [1]
  47/7
under [7]   7/14 15/2
  15/5 15/6 17/22
  20/22 54/10
understands [1]
  25/23

  understood [1]
  39/17
unedited [2]   12/21
  12/21
unequivocal [2]
  25/17 25/17
unfortunate [1]
  49/17
unfortunately [1]
  39/13
uniform [1]   30/21
uninviting [1]   36/5
UNITED [10]   1/1 1/3
  1/10 2/3 2/6 52/22
  53/3 53/14 53/19
  54/1
unlawful [3]   48/19
  51/16 54/8
unlawfully [1]
  51/15
unlike [1]   22/8
unplanned [1]   46/3
unredacted [1]
  15/24
unseal [3]   15/7
  15/15 15/21
unsealed [3]   15/16
  16/2 18/21
unwarranted [1]
  8/13
unwilling [1]   47/5
up [29]   5/2 6/19
  7/15 7/16 8/21 8/22
  9/14 9/24 10/22
  14/14 18/14 21/17
  23/17 27/15 27/17
  27/24 28/8 29/2
  29/6 29/15 29/24
  31/1 37/22 39/6
  40/7 41/18 41/21
  47/4 47/19
upon [4]   24/25 25/1
  46/5 54/5
upset [1]   11/18
use [1]   51/16
used [2]   24/24 52/4
uses [1]   33/19

**V**

valid [1]   54/16
various [2]   2/24
  9/17
vehemently [1]   44/5
verification [1]
  52/17
version [3]   6/22
  12/21 12/22
victims [2]   14/5
  14/19
video [90]
videos [7]   10/12
  12/15 18/20 18/21
  18/22 31/15 48/14
violated [1]   49/16
violation [1]   2/20
violence [10]   9/7
  11/21 13/23 22/21
  41/19 43/5 48/15
  48/16 49/4 49/5
violent [7]   9/4

  13/22 14/10 14/16
  23/17 29/16 39/21
visible [1]   38/10
visits [1]   52/9
voice [2]   47/22
  52/3
volume [2]   9/20
  10/15

**W**

wait [1]   37/19
waiting [4]   10/18
  37/23 38/3 38/6
waive [2]   53/12
  54/12
waived [2]   54/10
  54/21
waiver [1]   54/15
waivers [1]   54/14
waives [1]   54/13
walk [1]   48/3
wander [1]   39/10
wandering [1]   38/21
wants [4]   16/11
  24/22 35/4 45/22
warning [1]   9/13
Washington [7]   1/5
  1/15 1/18 1/25
  16/18 53/17 53/21
watch [2]   19/1
  36/12
WATSON [10]   1/13
  2/6 3/6 4/10 8/17
  19/23 21/9 46/19
  55/4 55/19
Watson's [1]   19/23
waving [2]   35/13
  35/18
way [15]   4/16 6/10
  13/14 17/18 26/3
  26/19 27/23 29/5
  29/7 29/12 33/22
  36/20 47/7 49/13
  50/16
ways [1]   43/16
weapons [1]   52/25
week [1]   24/19
WEIBLING [37]   1/6
  2/3 2/12 2/18 3/10
  6/24 7/12 8/25 9/14
  9/22 10/5 12/7
  12/13 12/24 13/22
  16/10 18/12 19/10
  19/21 20/25 27/6
  27/8 31/13 31/16
  32/13 33/15 42/20
  43/21 46/23 47/12
  47/22 48/14 49/10
  49/14 50/11 50/20
  51/4
Weibling's [8]   6/4
  19/4 21/8 26/14
  27/4 34/18 49/6
  50/23
weight [1]   49/13
well-intentioned [1]
  46/4
weren't [2]   13/16
  14/14
what's [1]   19/16

**W**

whatsoever [4]   4/24
 17/10 24/22 47/20
white [1]   31/6
who's [6]   2/18 30/8
 30/19 30/21 32/11
 46/11
whole [4]   20/21
 29/19 34/5 42/7
whose [1]   27/24
wife [3]   9/22 16/16
 17/20
wiping [1]   35/7
within [8]   12/5
 17/23 24/19 51/17
 52/14 53/22 54/22
 54/22
without [1]   54/25
witnessed [1]   13/12
word [3]   5/24 39/1
 48/4
words [7]   16/10
 19/23 21/1 24/13
 33/23 34/4 34/6
work [1]   36/15
working [1]   16/12
world [1]   47/8
worn [1]   39/21
worse [2]   50/22
 50/22
worst [1]   24/5
written [1]   52/16
wrong [4]   14/16
 23/13 24/9 25/21
wrongdoing [1]
 18/16

**Y**

year [1]   17/14
years [6]   7/16
 16/16 18/1 18/11
 46/13 49/8